1  JENNIFER STISA GRANICK (SBN 168423)
   jennifer@law.stanford.edu
2  RIANA PFEFFERKORN (SBN 266817)
   riana@law.stanford.edu
3  559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone:  (650) 736-8675
5  Facsimile:   (650) 725-4086

6  *Pro Se* Petitioners

RECEIVED

SEP 28 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

                          CV 16 80206 MISC.

10 IN RE:                                    MISC. CASE NO.:
   PETITION OF JENNIFER GRANICK AND
11 RIANA PFEFFERKORN TO UNSEAL              [PROPOSED]
   TECHNICAL-ASSISTANCE ORDERS AND          ORDER GRANTING PETITION TO
12 MATERIALS                                UNSEAL TECHNICAL-ASSISTANCE
                                            ORDERS AND MATERIALS
13

14                                                            KAW

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court has reviewed the Petition filed by Petitioners Jennifer Granick and Riana Pfefferkorn to docket and unseal Court records relating to technical-assistance orders issued by this Court. Having reviewed the Petition and the Memorandum of Points and Authorities and supporting declaration attached thereto, and good cause appearing, the Petition is hereby GRANTED.

(1) The Clerk of Court is respectfully ORDERED to assign case numbers to, and docket in the Court's Case Management/Electronic Case Filing system ("CM/ECF"), any and all applications, motions, opposition briefs, orders, and/or warrants, filed at any time, under the following statutes:

- the Wiretap Act, 18 U.S.C. §§ 2510-2522;
- the Stored Communications Act (or "SCA"), 18 U.S.C. §§ 2701-2712;
- the Pen Register Act (or "Pen/Trap Act"), 18 U.S.C. §§ 3121-3127; and/or
- the All Writs Act (or "AWA"), 28 U.S.C. § 1651.

(2) It is further ORDERED that:

(a) the docket sheets for the foregoing surveillance matters be unsealed and made publicly available, including on CM/ECF; and

(b) the underlying documents in the dockets for surveillance matters falling under the following specific statutory provisions, filed from January 1, 2006 through six months before the date of this Order, be unsealed and made publicly available, including on CM/ECF:

- Sections 18 U.S.C. §§ 2511(2)(a)(ii) and/or 2518(4) of the Wiretap Act;
- Section 18 U.S.C. § 2703 of the SCA;
- Sections 18 U.S.C. §§ 3123(b)(2) and/or 3124(a) or (b) of the Pen/Trap Act; and/or
- Section 28 U.S.C. § 1651(a) of the AWA.

(3) It is further ORDERED that, from the date of this Order onward,

(a) the Clerk of Court shall assign case numbers to, docket, and enter into CM/ECF all applications and orders for search warrants, surveillance, and technical assistance;

(b) every 180 days, the Court shall undertake a review of sealed dockets, warrants, surveillance orders, and technical-assistance orders; and

1      (c) after such review, the Court shall unseal those records for which there is no longer

2  any need for continued sealing.

3      Petitioners are directed to deliver a copy of this Order to the Office of the United States

4  Attorney for this District at the following address:

5         Federal Courthouse, 11th Floor

6         450 Golden Gate Avenue

7         San Francisco, CA 94102

8

9      SO ORDERED.

10

11  Dated: _____, 2016

12                        THE HONORABLE _____
UNITED STATES _____ JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PETITION TO UNSEAL
MISC. CASE NO. _____