# EXHIBIT A

# Criminal Cases Report

## U.S. District Court -- California Northern District
## Filed Report Period: 1/1/2006 - 12/31/2011

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:07-xr-90077-NJV **USA v. Wilson** | *Case filed:* 03/01/2007 *Case closed:* 01/01/2008 | | *Office:* Eureka |
| 1 - Sommer Wilson | *Added:* 03/01/2007 *Closed:* 01/01/2008 | | *Presider:* Nandor J. Vadas |
| 1:07-xr-90078-NJV **USA v. McNary** | *Case filed:* 03/01/2007 *Case closed:* 01/01/2008 | | *Office:* Eureka |
| 1 - Heather McNary | *Added:* 03/01/2007 *Closed:* 01/01/2008 | | *Presider:* Nandor J. Vadas |
| 1:07-xr-90079-NJV **USA v. Bacchi** | *Case filed:* 03/01/2007 *Case closed:* 01/01/2008 | | *Office:* Eureka |
| 1 - Amanda Bacchi | *Added:* 03/01/2007 *Closed:* 01/01/2008 | | *Presider:* Nandor J. Vadas |
| 1:07-xr-90080-NJV **USA v. Garrison** | *Case filed:* 03/01/2007 *Case closed:* 01/01/2008 | | *Office:* Eureka |
| 1 - Scott Garrison | *Added:* 03/01/2007 *Closed:* 01/01/2008 | | *Presider:* Nandor J. Vadas |
| 1:10-xr-90280-NJV **USA v. Fletcher** | *Case filed:* 03/26/2010 | | *Office:* Eureka |
| 1 - Troy Fletcher | *Added:* 03/26/2010 | 2482 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90054-NJV **USA v. Aguilar** | *Case filed:* 01/28/2011 | | *Office:* Eureka |
| 1 - Paul E. Aguilar | *Added:* 01/28/2011 | 2174 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90055-NJV **USA v. McLeod** | *Case filed:* 01/28/2011 | | *Office:* Eureka |
| 1 - Roderick McLeod | *Added:* 01/28/2011 | 2174 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90056-NJV **USA v. Kinney** | *Case filed:* 01/28/2011 | | *Office:* Eureka |
| 1 - Danielle Kinney | *Added:* 01/28/2011 | 2174 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90057-NJV **USA v. Mayrand** | *Case filed:* 01/28/2011 | | *Office:* Eureka |
| 1 - Jacqueline Mayrand | *Added:* 01/28/2011 | 2174 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90058-NJV **USA v. Watkins** | *Case filed:* 01/28/2011 | | *Office:* Eureka |
| 1 - David Lee Watkins | *Added:* 01/28/2011 | 2174 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90059-NJV **USA v. Ruth** | *Case filed:* 01/28/2011 | | *Office:* Eureka |
| 1 - David H. Ruth | *Added:* 01/28/2011 | 2174 | *Presider:* Nandor J. Vadas |

| 1:11-xr-90060-NJV<br>**USA v. Mink** | *Case filed:* 01/28/2011 | | *Office:* Eureka |
|---|---|---|---|
| 1 - Tirian Mink | *Added:* 01/28/2011 | 2174 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90977-NJV<br>**USA v. Moxon** | *Case filed:* 11/30/2011 | | *Office:* Eureka |
| 1 - Colin Moxon | *Added:* 11/30/2011 | 1868 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90978-NJV<br>**USA v. Hall** | *Case filed:* 11/29/2011 | | *Office:* Eureka |
| 1 - Dane L. Hall | *Added:* 11/29/2011 | 1869 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90979-NJV<br>**USA v. Johnson** | *Case filed:* 11/29/2011 | | *Office:* Eureka |
| 1 - Gordon Johnson | *Added:* 11/29/2011 | 1869 | *Presider:* Nandor J. Vadas |
| 1:11-xr-90980-NJV<br>**USA v. Emmons** | *Case filed:* 11/29/2011 | | *Office:* Eureka |
| 1 - Brandyn Emmons | *Added:* 11/29/2011 | 1869 | *Presider:* Nandor J. Vadas |
| 3:06-xr-90064-WHA<br>**USA v. Wolf** | *Case filed:* 02/15/2006<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |
| 1 - Joshua Wolf | *Added:* 02/15/2006<br>*Closed:* 01/01/2008 | | *Presider:* William Alsup |
| 3:06-xr-90116-SI<br>**USA v. Guney** | *Case filed:* 03/27/2006<br>*Case closed:* 03/26/2006 | | *Office:* San Francisco |
| 1 - Hulya Guney | *Added:* 03/27/2006<br>*Closed:* 03/26/2006 | | *Presider:* Susan Illston |
| 3:06-xr-90221-VRW<br>**USA v. In Re Grand Jury<br>Investigation** | *Case filed:* 05/23/2006<br>*Case closed:* 02/28/2011 | | *Office:* San Francisco |
| 1 - In Re Grand Jury<br>Investigation | *Added:* 05/23/2006<br>*Closed:* 02/28/2011 | | *Presider:* Vaughn R. Walker |
| 3:06-xr-90225-JSW<br>**USA v. Fainaru-Wada et al** | *Case filed:* 05/31/2006<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |
| 1 - Mark Fainaru-Wada | *Added:* 05/31/2006<br>*Closed:* 01/01/2008 | | *Presider:* Jeffrey S. White |
| 2 - Lance Williams | *Added:* 05/31/2006<br>*Closed:* 01/01/2008 | | *Presider:* Jeffrey S. White |
| 3:06-xr-90292-WHA<br>**USA** | *Case filed:* 07/25/2006<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |
| 1 - In Re Grand Jury<br>Subpoena | *Added:* 07/25/2006<br>*Closed:* 01/01/2008 | | *Presider:* William Alsup |
| 3:06-xr-90338-JCS<br>**USA v. Merritt** | *Case filed:* 08/24/2006<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |
| 1 - Clara Merritt | *Added:* 08/24/2006<br>*Closed:* 01/01/2008 | | *Presider:* Joseph C. Spero |
| 3:06-xr-90355-JSW<br>**USA v. In Re Grand Jury** | *Case filed:* 09/06/2006<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |

| Subpoena to the San Francisco Chronicle | | | |
|---|---|---|---|
| **1 - In Re Grand Jury Subpoena to the San Francisco Chronicle** | *Added:* 09/06/2006 *Closed:* 01/01/2008 | | *Presider:* Jeffrey S. White |
| **3:06-xr-90393-EDL** **USA v. Gilbert** | *Case filed:* 10/05/2006 *Case closed:* 01/01/2008 | | *Office:* San Francisco |
| **1 - Melvin I. Gilbert** | *Added:* 10/05/2006 *Closed:* 01/01/2008 | | *Presider:* Elizabeth D. Laporte |
| **3:06-xr-90410-MHP** **USA v. Watson** | *Case filed:* 10/17/2006 *Case closed:* 01/01/2008 | | *Office:* San Francisco |
| **1 - Leona Watson** | *Added:* 10/17/2006 *Closed:* 01/01/2008 | | *Presider:* Marilyn H. Patel |
| **3:07-xr-90051-JCS** **USA v. In the Matter of the Extradition of Sergio Alfonso Dorantes-Zurita** | *Case filed:* 02/13/2007 *Case closed:* 10/15/2008 | | *Office:* San Francisco |
| **1 - In the Matter of the Extradition of Sergio Alfonso Dorantes-Zurita** | *Added:* 02/13/2007 *Closed:* 10/15/2008 | | *Presider:* Joseph C. Spero |
| **3:07-xr-90123-JCS** **USA v. IN Re** | *Case filed:* 03/23/2007 *Case closed:* 01/01/2008 | | *Office:* San Francisco |
| **1 - IN Re** | *Added:* 03/23/2007 *Closed:* 01/01/2008 | | *Presider:* Joseph C. Spero |
| **3:07-xr-90124-JCS** **USA v. Scott** | *Case filed:* 03/23/2007 *Case closed:* 01/01/2008 | | *Office:* San Francisco |
| **1 - Krystal Scott** | *Added:* 03/23/2007 *Closed:* 01/01/2008 | | *Presider:* Joseph C. Spero |
| **3:07-xr-90212-EDL** **USA v. Gao** | *Case filed:* 05/22/2007 *Case closed:* 01/01/2008 | | *Office:* San Francisco |
| **1 - Zibu Gao** | *Added:* 05/22/2007 *Closed:* 01/01/2008 | | *Presider:* Elizabeth D. Laporte |
| **3:07-xr-90240-BZ** **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 06/06/2007 *Case closed:* 01/01/2008 | | *Office:* San Francisco |
| **1 - In Re Telephone Information Needed For a Criminal Investigation** | *Added:* 06/06/2007 *Closed:* 01/01/2008 | | *Presider:* Bernard Zimmerman |
| **3:07-xr-90375-MMC** **USA v. Oriaifo et al** | *Case filed:* 08/14/2007 *Case closed:* 01/01/2008 | | *Office:* San Francisco |
| **1 - Eugene Oriaifo** | *Added:* 08/14/2007 *Closed:* 01/01/2008 | | *Presider:* Maxine M. Chesney |
| **2 - Michael Ekpenike** | *Added:* 08/14/2007 *Closed:* 01/01/2008 | | *Presider:* Maxine M. Chesney |
| **3:07-xr-90388-JCS** **USA v. Avenell** | *Case filed:* 08/28/2007 *Case closed:* 01/01/2008 | | *Office:* San Francisco |

| | | | |
|---|---|---|---|
| 1 - Jane Elizabeth Avenell | *Added:* 08/28/2007<br>*Closed:* 01/01/2008 | | *Presider:* Joseph C. Spero |
| **3:07-xr-90411-EDL**<br>**USA v. Turnbull** | *Case filed:* 09/12/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |
| 1 - Timothy Turnbull | *Added:* 09/12/2007<br>*Closed:* 01/01/2008 | | *Presider:* Elizabeth D. Laporte |
| **3:07-xr-90482-CRB**<br>**USA v. In re Request** | *Case filed:* 10/15/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |
| 1 - In re Request | *Added:* 10/15/2007<br>*Closed:* 01/01/2008 | | *Presider:* Charles R. Breyer |
| **3:07-xr-90535-BZ**<br>**USA v. Petrell** | *Case filed:* 11/15/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Francisco |
| 1 - Tymbre Petrell | *Added:* 11/15/2007<br>*Closed:* 01/01/2008 | | *Presider:* Bernard Zimmerman |
| **3:07-xr-90552-VRW**<br>**USA v. Letter of Disclosure** | *Case filed:* 11/28/2007<br>*Case closed:* 02/28/2011 | | *Office:* San Francisco |
| 1 - Letter of Disclosure | *Added:* 11/28/2007<br>*Closed:* 02/28/2011 | | *Presider:* Vaughn R. Walker |
| **3:08-xr-90030-BZ**<br>**USA v. In re Trial Witness** | *Case filed:* 01/24/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Francisco |
| 1 - In re Trial Witness | *Added:* 01/24/2008<br>*Closed:* 01/01/2009 | | *Presider:* Bernard Zimmerman |
| **3:08-xr-90116-JCS**<br>**USA v. McDonald** | *Case filed:* 03/07/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Francisco |
| 1 - Linda McDonald | *Added:* 03/07/2008<br>*Closed:* 01/01/2009 | | *Presider:* Joseph C. Spero |
| **3:08-xr-90438-JCS**<br>**USA v. In re: Material Witness Jorge Amador Manzo-Govea** | *Case filed:* 08/29/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Francisco |
| 1 - In re: Material Witness Jorge Amador Manzo-Govea | *Added:* 08/29/2008<br>*Closed:* 01/01/2009 | | *Presider:* Joseph C. Spero |
| **3:09-xr-90136-JCS**<br>**USA v. Garcia et al** | *Case filed:* 03/04/2009 | | *Office:* San Francisco |
| 1 - Ian Carl D. Garcia | *Added:* 03/04/2009 | 2869 | *Presider:* Joseph C. Spero |
| 2 - Juan Paulo D. Garcia | *Added:* 03/04/2009 | 2869 | *Presider:* Joseph C. Spero |
| **3:09-xr-90170-EMC**<br>**USA v. Villa** | *Case filed:* 03/17/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Francisco |
| 1 - Sandra Cruz Villa | *Added:* 03/17/2009<br>*Closed:* 01/01/2010 | | *Presider:* Edward M. Chen |
| **3:09-xr-90241-BZ**<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 04/16/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Francisco |
| 1 - In Re Telephone Information Needed for a | *Added:* 04/16/2009<br>*Closed:* 01/01/2010 | | *Presider:* Bernard Zimmerman |

Criminal Investigation

| | | | |
|---|---|---|---|
| 3:09-xr-90356-JCS<br>**USA v. In Re** | *Case filed:* 06/05/2009<br>*Case closed:* 06/05/2009 | | *Office:* San Francisco |
|   1 - In Re | *Added:* 06/05/2009<br>*Closed:* 06/05/2009 | | *Presider:* Joseph C. Spero |
| 3:09-xr-90414-JCS<br>**USA v. Llang** | *Case filed:* 06/23/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Francisco |
|   1 - Guang-Xiang Llang | *Added:* 06/23/2009<br>*Closed:* 01/01/2010 | | *Presider:* Joseph C. Spero |
| 3:09-xr-90672-MEJ<br>**USA v. In The Matter Of** | *Case filed:* 09/24/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Francisco |
|   1 - In The Matter Of | *Added:* 09/24/2009<br>*Closed:* 01/01/2010 | | *Presider:* Maria-Elena James |
| 3:09-xr-90709-SI<br>**USA v. Anderson** | *Case filed:* 10/15/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Francisco |
|   1 - James S. Anderson | *Added:* 10/15/2009<br>*Closed:* 01/01/2010 | | *Presider:* Susan Illston |
| 3:09-xr-90820-JCS<br>**In Re Ivan Sze Wai Tam** | *Case filed:* 12/02/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Francisco |
|   1 - Ivan Sze Wai Tam | *Added:* 12/02/2009<br>*Closed:* 01/01/2010 | | *Presider:* Joseph C. Spero |
| 3:09-xr-90852-JCS<br>**USA v. Ceridano** | *Case filed:* 12/15/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Francisco |
|   1 - Jamie A. Ceridano | *Added:* 12/15/2009<br>*Closed:* 01/01/2010 | | *Presider:* Joseph C. Spero |
| 3:10-xr-90025-EDL<br>**USA v. Bassignani** | *Case filed:* 01/08/2010 | | *Office:* San Francisco |
|   1 - Danielle Bassignani | *Added:* 01/08/2010 | 2559 | *Presider:* Elizabeth D. Laporte |
| 3:10-xr-90826-JCS<br>**USA v. Gonzalez** | *Case filed:* 10/06/2010 | | *Office:* San Francisco |
|   1 - Alisa Marie Gonzalez | *Added:* 10/06/2010 | 2288 | *Presider:* Joseph C. Spero |
| 3:10-xr-90827-JCS<br>**In Re Matter of Angel Juanita Ruelas** | *Case filed:* 10/06/2010 | | *Office:* San Francisco |
|   1 - Angel Juanita Ruelas | *Added:* 10/06/2010 | 2288 | *Presider:* Joseph C. Spero |
| 3:10-xr-90828-JCS<br>**In Re Matter of Angie Barreiro** | *Case filed:* 10/06/2010 | | *Office:* San Francisco |
|   1 - Angie Barreiro | *Added:* 10/06/2010 | 2288 | *Presider:* Joseph C. Spero |
| 3:10-xr-90829-JCS<br>**In Re Matter of Ana Lidia Ruiz** | *Case filed:* 10/06/2010 | | *Office:* San Francisco |
|   1 - Ana Lidia Ruiz | *Added:* 10/06/2010 | 2288 | *Presider:* Joseph C. Spero |
| 3:10-xr-90830-JCS<br>**In Re Matter of Becky** | *Case filed:* 10/06/2010 | | *Office:* San Francisco |

| **Rivas** | | | |
|---|---|---|---|
| 1 - Becky Rivas | *Added:* 10/06/2010 | 2288 | *Presider:* Joseph C. Spero |
| **3:11-xr-90083-BZ**<br>**USA v. Buenrostro** | *Case filed:* 01/28/2011<br>*Case closed:* 04/02/2013 | | *Office:* San Francisco |
| 1 - Jesus Flores<br>Buenrostro | *Added:* 01/28/2011<br>*Closed:* 04/02/2013 | | *Presider:* Bernard Zimmerman |
| **3:11-xr-90109-MEJ**<br>**USA v. Rai** | *Case filed:* 02/04/2011 | | *Office:* San Francisco |
| 1 - Navjeevan Singh Rai | *Added:* 02/04/2011 | 2167 | *Presider:* Maria-Elena James |
| **3:11-xr-90210-JCS**<br>**In Re.: Tras Berg** | *Case filed:* 03/07/2011 | | *Office:* San Francisco |
| 1 - Tras Berg | *Added:* 03/07/2011 | 2136 | *Presider:* Joseph C. Spero |
| **3:11-xr-90242-JCS**<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 03/16/2011 | | *Office:* San Francisco |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 03/16/2011 | 2127 | *Presider:* Joseph C. Spero |
| **3:11-xr-90258-JCS**<br>**USA v. In Re.: Maria Teresa Lopez** | *Case filed:* 03/31/2011 | | *Office:* San Francisco |
| 2 - Maria Teresa Lopez | *Added:* 03/31/2011 | 2112 | *Presider:* Joseph C. Spero |
| **3:11-xr-90259-JCS**<br>**USA v. Flores** | *Case filed:* 03/31/2011 | | *Office:* San Francisco |
| 1 - Cecilia Flores | *Added:* 03/31/2011 | 2112 | *Presider:* Joseph C. Spero |
| **3:11-xr-90265-JCS**<br>**USA v. In re Stacee Lam** | *Case filed:* 03/24/2011 | | *Office:* San Francisco |
| 1 - In re Stacee Lam | *Added:* 03/24/2011 | 2119 | *Presider:* Joseph C. Spero |
| **3:11-xr-90460-EMC**<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 05/25/2011 | | *Office:* San Francisco |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 05/25/2011 | 2057 | *Presider:* Edward M. Chen |
| **3:11-xr-90501-EDL**<br>**USA v. In Re: Disclosure of Taxpayer Return and Return Information** | *Case filed:* 06/09/2011 | | *Office:* San Francisco |
| 1 - In Re: Disclosure of Taxpayer Return and Return Information | *Added:* 06/09/2011 | 2042 | *Presider:* Elizabeth D. Laporte |
| **3:11-xr-90535-EDL**<br>**USA v. In re Application** | *Case filed:* 06/17/2011 | | *Office:* San Francisco |

| For Order Authorizinfg Pole Camera | | | |
|---|---|---|---|
| 1 - In re Application For Order Authorizinfg Pole Camera | *Added:* 06/17/2011 | 2034 | *Presider:* Elizabeth D. Laporte |
| **3:11-xr-90569-SI**<br>**USA v. In the Matter of the Extradition of Joseph Nimcho Law** | *Case filed:* 07/05/2011<br>*Case closed:* 07/16/2015 | | *Office:* San Francisco |
| 1 - In the Matter of the Extradition of Joseph Nimcho Law | *Added:* 07/05/2011<br>*Closed:* 07/16/2015 | | *Presider:* Susan Illston |
| **3:11-xr-90606-MEJ**<br>**USA v. In Re Application for an Order** | *Case filed:* 07/19/2011 | | *Office:* San Francisco |
| 1 - In Re Application for an Order | *Added:* 07/19/2011 | 2002 | *Presider:* Maria-Elena James |
| **3:11-xr-90633-MEJ**<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 07/27/2011 | | *Office:* San Francisco |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 07/27/2011 | 1994 | *Presider:* Maria-Elena James |
| **3:11-xr-90634-MEJ**<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 07/27/2011 | | *Office:* San Francisco |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 07/27/2011 | 1994 | *Presider:* Maria-Elena James |
| **3:11-xr-90727-NJV**<br>**USA v. McGowan** | *Case filed:* 10/03/2011 | | *Office:* San Francisco |
| 1 - Jonathan E. McGowan | *Added:* 10/06/2011 | 1923 | *Presider:* Nandor J. Vadas |
| **3:11-xr-90728-NJV**<br>**USA v. Tomsing** | *Case filed:* 10/06/2011 | | *Office:* San Francisco |
| 1 - Her Tomsing | *Added:* 10/06/2011 | 1923 | *Presider:* Nandor J. Vadas |
| **3:11-xr-90729-NJV**<br>**USA v. Roberts** | *Case filed:* 10/06/2011 | | *Office:* San Francisco |
| 1 - Robbyn Roberts | *Added:* 10/06/2011 | 1923 | *Presider:* Nandor J. Vadas |
| **3:11-xr-90758-JSC**<br>**USA v. In Re Grand Jury** | *Case filed:* 09/09/2011 | | *Office:* San Francisco |
| 1 - In Re Grand Jury | *Added:* 09/09/2011 | 1950 | *Presider:* Jacqueline Scott Corley |
| **3:11-xr-90775-JSC**<br>**USA v. In Re Telephone** | *Case filed:* 09/22/2011 | | *Office:* San Francisco |
| 1 - In Re Telephone | *Added:* 09/22/2011 | 1937 | *Presider:* Jacqueline Scott Corley |

| | | | |
|---|---|---|---|
| **3:11-xr-90776-JSC**<br>**USA v. In Re Telephone**<br>**Information** | *Case filed:* 09/22/2011 | | *Office:* San Francisco |
| 1 - In Re Telephone<br>Information | *Added:* 09/22/2011 | 1937 | *Presider:* Jacqueline Scott Corley |
| **3:11-xr-90777-JSC**<br>**USA v. In Re Telephone**<br>**Information** | *Case filed:* 09/22/2011 | | *Office:* San Francisco |
| 1 - In Re Telephone<br>Information | *Added:* 09/22/2011 | 1937 | *Presider:* Jacqueline Scott Corley |
| **3:11-xr-90780-JSC**<br>**USA v. Fleming** | *Case filed:* 09/23/2011 | | *Office:* San Francisco |
| 1 - Denille Fleming | *Added:* 09/23/2011 | 1936 | *Presider:* Jacqueline Scott Corley |
| **3:11-xr-90781-JSC**<br>**USA v. Bazzy** | *Case filed:* 09/23/2011 | | *Office:* San Francisco |
| 1 - Fatimah Bazzy | *Added:* 09/23/2011 | 1936 | *Presider:* Jacqueline Scott Corley |
| **3:11-xr-90782-JSC**<br>**USA v. Aguirre** | *Case filed:* 09/23/2011 | | *Office:* San Francisco |
| 1 - Daissy Morales<br>Aguirre | *Added:* 09/23/2011 | 1936 | *Presider:* Jacqueline Scott Corley |
| **3:11-xr-90811-JSC**<br>**USA v. In Re Order** | *Case filed:* 10/06/2011 | | *Office:* San Francisco |
| 1 - In Re Order | *Added:* 10/06/2011 | 1923 | *Presider:* Jacqueline Scott Corley |
| **3:11-xr-90941-JCS**<br>**USA v. In Re** | *Case filed:* 11/15/2011 | | *Office:* San Francisco |
| 1 - In Re | *Added:* 11/15/2011 | 1883 | *Presider:* Joseph C. Spero |
| **3:11-xr-91036-JCS**<br>**USA v. Loera** | *Case filed:* 12/21/2011 | | *Office:* San Francisco |
| 1 - Mira Loera | *Added:* 12/21/2011 | 1847 | *Presider:* Joseph C. Spero |
| **3:11-xr-91037-JCS**<br>**USA v. IN Re** | *Case filed:* 12/21/2011 | | *Office:* San Francisco |
| 1 - IN Re | *Added:* 12/21/2011 | 1847 | *Presider:* Joseph C. Spero |
| **3:11-xr-91040-JCS**<br>**USA v. In Re Application**<br>**for an Order Authorizing**<br>**the Use of a Pole Camera** | *Case filed:* 12/20/2011 | | *Office:* San Francisco |
| 1 - In Re Application for<br>an Order Authorizing the<br>Use of a Pole Camera | *Added:* 12/20/2011 | 1848 | *Presider:* Joseph C. Spero |
| **4:06-xr-90189-WDB**<br>**In re Witness Danielle**<br>**Toms** | *Case filed:* 05/10/2006<br>*Case closed:* 01/01/2008 | | *Office:* Oakland |
| 1 - In re Witness Danielle<br>Toms | *Added:* 05/10/2006<br>*Closed:* 01/01/2008 | | *Presider:* Wayne D. Brazil |
| **4:06-xr-90460-WDB** | *Case filed:* 11/17/2006 | | *Office:* Oakland |

| | | | |
|---|---|---|---|
| **In re Raylynn Brooks Ramirez** | *Case closed:* 01/01/2008 | | |
| 1 - In re Raylynn Brooks Ramirez | *Added:* 11/17/2006 *Closed:* 01/01/2008 | | *Presider:* Wayne D. Brazil |
| 4:08-xr-90020-WDB **USA v. Lin** | *Case filed:* 01/18/2008 *Case closed:* 01/01/2009 | | *Office:* Oakland |
| 1 - Li-Ping (John) Lin | *Added:* 01/18/2008 *Closed:* 01/01/2009 | | *Presider:* Wayne D. Brazil |
| 4:08-xr-90162-CW **In re Request from the Republic of India** | *Case filed:* 04/14/2008 *Case closed:* 01/01/2009 | | *Office:* Oakland |
| 1 - In re Request from the Republic of India | *Added:* 04/14/2008 *Closed:* 01/01/2009 | | *Presider:* Claudia Wilken |
| 4:08-xr-90248-WDB **In re Target of Federal Criminal Investigation** | *Case filed:* 05/28/2008 *Case closed:* 01/01/2009 | | *Office:* Oakland |
| 1 - In re Target of Federal Criminal Investigation | *Added:* 05/28/2008 *Closed:* 01/01/2009 | | *Presider:* Wayne D. Brazil |
| 4:08-xr-90359-CW **In the matter of the extradition of Helena Yuen-Lan Lau** | *Case filed:* 07/28/2008 *Case closed:* 01/01/2009 | | *Office:* Oakland |
| 1 - In the matter of the extradition of Helena Yuen-Lan Lau | *Added:* 07/28/2008 *Closed:* 01/01/2009 | | *Presider:* Claudia Wilken |
| 2 - Helena Yuen-Lan Lau | *Added:* 08/12/2008 *Closed:* 01/01/2009 | | *Presider:* Claudia Wilken |
| 4:08-xr-90379-CW **In re Letter of Request from Germany** | *Case filed:* 08/01/2008 *Case closed:* 01/01/2009 | | *Office:* Oakland |
| 1 - In re Letter of Request from Germany | *Added:* 08/01/2008 *Closed:* 01/01/2009 | | *Presider:* Claudia Wilken |
| 4:08-xr-90478-WDB **In the Matter of Robert S. Yick, Jr.** | *Case filed:* 09/18/2008 *Case closed:* 01/01/2009 | | *Office:* Oakland |
| 1 - Robert S. Yick, Jr. | *Added:* 09/18/2008 *Closed:* 01/01/2009 | | *Presider:* Wayne D. Brazil |
| 4:09-xr-90028-WDB **In re Material Witness Christina Qiu** | *Case filed:* 01/16/2009 *Case closed:* 01/01/2010 | | *Office:* Oakland |
| 1 - In re Material Witness | *Added:* 01/16/2009 *Closed:* 01/01/2010 | | *Presider:* Wayne D. Brazil |
| 4:09-xr-90344-WDB **In re Darien Kelty** | *Case filed:* 05/28/2009 *Case closed:* 01/01/2010 | | *Office:* Oakland |
| 1 - Darien Kelty | *Added:* 05/28/2009 *Closed:* 01/01/2010 | | *Presider:* Wayne D. Brazil |
| 4:09-xr-90353-WDB | *Case filed:* 06/03/2009 | | *Office:* Oakland |

| USA v. Park | *Case closed:* 01/01/2010 | | |
|---|---|---|---|
|   1 - Jae Park | *Added:* 06/03/2009<br>*Closed:* 01/01/2010 | | *Presider:* Wayne D. Brazil |
| 4:10-xr-90101-LB<br>**In re: Carl McCurtis** | *Case filed:* 02/10/2010 | | *Office:* Oakland |
|   1 - Carl McCurtis | *Added:* 02/10/2010 | 2526 | *Presider:* Laurel Beeler |
| 4:10-xr-90459-SBA<br>**USA v. In re: Request From the United Kingdom For Legal Assistance in the Criminal Matter of Jaspal Singh Gill and Jugpal Singh Gill** | *Case filed:* 05/28/2010 | | *Office:* Oakland |
|   1 - In re: Request From the United Kingdom For Legal Assistance in the Criminal Matter of Jaspal Singh Gill and Jugpal Singh Gill | *Added:* 05/28/2010 | 2419 | *Presider:* Saundra Brown Armstrong |
| 4:11-xr-90100-LB<br>**In re Annaliese Franziska** | *Case filed:* 02/01/2011 | | *Office:* Oakland |
|   1 - In re Annaliese Franziska | *Added:* 02/01/2011 | 2170 | *Presider:* Laurel Beeler |
| 4:11-xr-90176-LB<br>**USA v. Pearce** | *Case filed:* 02/22/2011 | | *Office:* Oakland |
|   1 - Percy Pearce | *Added:* 02/22/2011 | 2149 | *Presider:* Laurel Beeler |
| 4:11-xr-90820-LB<br>**USA v. Richardson** | *Case filed:* 10/06/2011 | | *Office:* Oakland |
|   1 - Lonireka Richardson | *Added:* 10/06/2011 | 1923 | *Presider:* Laurel Beeler |
| 4:11-xr-90849-LB<br>**In re Ronald Wayne Powers, Jr.** | *Case filed:* 10/18/2011 | | *Office:* Oakland |
|   1 - Ronald Wayne Powers, Jr | *Added:* 10/18/2011 | 1911 | *Presider:* Laurel Beeler |
| 5:06-xr-90006-JW<br>**USA v. Notice of Appearance** | *Case filed:* 01/06/2006<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
|   1 - Notice of Appearance | *Added:* 01/06/2006<br>*Closed:* 01/01/2008 | | *Presider:* James Ware |
| 5:06-xr-90014-PVT<br>**USA v. In Re: Application of the US for Order Pursuant to 18:2703** | *Case filed:* 01/10/2006<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
|   1 - In Re: Application of the US for Order Pursuant to 18:2703 | *Added:* 01/10/2006<br>*Closed:* 01/01/2008 | | *Presider:* Patricia V. Trumbull |
| 5:06-xr-90052-RS | *Case filed:* 02/07/2006 | | *Office:* San Jose |

| | | | |
|---|---|---|---|
| **USA v. Newton** | *Case closed:* 02/07/2007 | | |
| [1 - Jerame Lee Newton](#) | *Added:* 02/07/2006 *Closed:* 02/07/2006 | | *Presider:* Richard Seeborg |
| [5:06-xr-90217-RS](#) **USA v. In the Matter of the Extradition of Rafael Alvarado Romero** | *Case filed:* 05/23/2006 *Case closed:* 05/23/2006 | | *Office:* San Jose |
| [1 - In the Matter of the Extradition of Rafael Alvarado Romero](#) | *Added:* 05/23/2006 *Closed:* 05/23/2006 | | *Presider:* Richard Seeborg |
| [5:06-xr-90218-RS](#) **USA v. In the Matter of the Extradition of Hector Alvarado Romero** | *Case filed:* 05/23/2006 *Case closed:* 05/23/2006 | | *Office:* San Jose |
| [1 - In the Matter of the Extradition of Hector Alvarado Romero](#) | *Added:* 05/23/2006 *Closed:* 05/23/2006 | | *Presider:* Richard Seeborg |
| [5:06-xr-90219-RS](#) **USA v. In the Matter of the Extradition of Gustavo Alvarado Romero** | *Case filed:* 05/23/2006 *Case closed:* 08/08/2006 | | *Office:* San Jose |
| [1 - In the Matter of the Extradition of Gustavo Alvarado Romero](#) | *Added:* 05/23/2006 *Closed:* 08/08/2006 | | *Presider:* Richard Seeborg |
| [5:06-xr-90367-HRL](#) **USA v. Stevens** | *Case filed:* 09/14/2006 *Case closed:* 01/01/2008 | | *Office:* San Jose |
| [1 - Ronald Stevens](#) | *Added:* 09/14/2006 *Closed:* 01/01/2008 | | *Presider:* Howard R. Lloyd |
| [5:06-xr-90377-HRL](#) **USA v. McNutt** | *Case filed:* 09/25/2006 *Case closed:* 01/01/2008 | | *Office:* San Jose |
| [1 - Justin McNutt](#) | *Added:* 09/25/2006 *Closed:* 01/01/2008 | | *Presider:* Howard R. Lloyd |
| [5:06-xr-90389-RS](#) **USA-V-Rawitzer** | *Case filed:* 10/03/2006 *Case closed:* 10/03/2006 | | *Office:* San Jose |
| [1 - Joseph C. Rawitzer](#) | *Added:* 10/03/2006 *Closed:* 10/03/2006 | | *Presider:* Richard Seeborg |
| [5:06-xr-90465-RS](#) **USA v. Alvarez** | *Case filed:* 11/27/2006 *Case closed:* 11/27/2006 | | *Office:* San Jose |
| [1 - Ignacio Alvarez](#) | *Added:* 11/27/2006 *Closed:* 11/27/2006 | | *Presider:* Richard Seeborg |
| [5:06-xr-90466-RS](#) **USA v. Cazares** | *Case filed:* 11/27/2006 *Case closed:* 11/27/2006 | | *Office:* San Jose |
| [1 - Mauricio Cazares](#) | *Added:* 11/27/2006 *Closed:* 11/27/2006 | | *Presider:* Richard Seeborg |
| [5:07-xr-90052-PVT](#) **USA v. Arellanes** | *Case filed:* 02/13/2007 *Case closed:* 01/01/2008 | | *Office:* San Jose |
| [1 - Alfred Delgado](#) | *Added:* 02/13/2007 | | *Presider:* Patricia V. Trumbull |

| | | | |
|---|---|---|---|
| Arellanes | *Closed:* 01/01/2008 | | |
| 5:07-xr-90060-PVT<br>**USA v. In Re: Application of the United States for Order Pursuant to 18:2703(d)** | *Case filed:* 02/15/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
| 1 - In Re: Application of the United States for Order Pursuant to 18:2703(d) | *Added:* 02/15/2007<br>*Closed:* 01/01/2008 | | *Presider:* Patricia V. Trumbull |
| 5:07-xr-90073-HRL<br>**USA v. In Re: Application of the United States for Order Pursuant to 18:2703(d)** | *Case filed:* 02/23/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
| 1 - In Re: Application of the United States for Order Pursuant to 18:2703(d) | *Added:* 02/23/2007<br>*Closed:* 01/01/2008 | | *Presider:* Howard R. Lloyd |
| 5:07-xr-90076-RMW<br>**USA v. In Re Grand Jury Investigation** | *Case filed:* 02/26/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
| 1 - In Re Grand Jury Investigation | *Added:* 02/26/2007<br>*Closed:* 01/01/2008 | | *Presider:* Ronald M. Whyte |
| 5:07-xr-90081-RMW<br>**USA v. In Re Grand Jury Investigation** | *Case filed:* 02/27/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
| 1 - In Re Grand Jury Investigation | *Added:* 02/27/2007<br>*Closed:* 01/01/2008 | | *Presider:* Ronald M. Whyte |
| 5:07-xr-90183-HRL<br>**USA v. In Re: Application of the United States for Order Pursuant to 18:2703(d)** | *Case filed:* 05/08/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
| 1 - In Re: Application of the United States for Order Pursuant to 18:2703(d) | *Added:* 05/08/2007<br>*Closed:* 01/01/2008 | | *Presider:* Howard R. Lloyd |
| 5:07-xr-90218-JF<br>**USA v. Cardenas** | *Case filed:* 05/29/2007<br>*Case closed:* 01/01/2008 | | *Office:* San Jose |
| 1 - Nicole Marie Cardenas | *Added:* 05/29/2007<br>*Closed:* 01/01/2008 | | *Presider:* Jeremy Fogel |
| 5:07-xr-90219-RS<br>**USA v. Cardenas** | *Case filed:* 05/23/2007<br>*Case closed:* 05/23/2007 | | *Office:* San Jose |
| 1 - Ramiro Cardenas | *Added:* 05/23/2007<br>*Closed:* 05/23/2007 | | *Presider:* Richard Seeborg |
| 5:07-xr-90295-RS<br>**USA v. Hu** | *Case filed:* 07/09/2007<br>*Case closed:* 07/09/2007 | | *Office:* San Jose |
| 1 - Ying Cecey Hu | *Added:* 07/09/2007<br>*Closed:* 07/09/2007 | | *Presider:* Richard Seeborg |

| | | | |
|---|---|---|---|
| **5:07-xr-90298-RS**<br>**USA v. In Re: Application of the United States of America for an Order Allowing Public Inspection of Marriage Certificate** | *Case filed:* 07/10/2007<br>*Case closed:* 07/10/2007 | | *Office:* San Jose |
| 1 - In Re: Application of the United States of America for an Order Allowing Public Inspection of Marriage Certificate | *Added:* 07/10/2007<br>*Closed:* 07/10/2007 | | *Presider:* Richard Seeborg |
| **5:07-xr-90301-RS**<br>**USA v. Daniel** | *Case filed:* 07/11/2007<br>*Case closed:* 07/11/2007 | | *Office:* San Jose |
| 1 - Anthony Daniel | *Added:* 07/11/2007<br>*Closed:* 07/11/2007 | | *Presider:* Richard Seeborg |
| **5:08-xr-90075-PVT**<br>**USA v. Randolph** | *Case filed:* 02/11/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - James Randolph | *Added:* 02/11/2008<br>*Closed:* 01/01/2009 | | *Presider:* Patricia V. Trumbull |
| **5:08-xr-90095-PVT**<br>**USA v. Jasso** | *Case filed:* 02/21/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - Neil Jasso | *Added:* 02/21/2008<br>*Closed:* 01/01/2009 | | *Presider:* Patricia V. Trumbull |
| **5:08-xr-90103-PVT**<br>**USA v. Foley** | *Case filed:* 02/27/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - David Foley | *Added:* 02/27/2008<br>*Closed:* 01/01/2009 | | *Presider:* Patricia V. Trumbull |
| **5:08-xr-90126-RS**<br>**USA v. Hysell** | *Case filed:* 03/19/2008<br>*Case closed:* 03/19/2008 | | *Office:* San Jose |
| 1 - Laurie Hysell | *Added:* 03/19/2008<br>*Closed:* 03/19/2008 | | *Presider:* Richard Seeborg |
| **5:08-xr-90127-RMW**<br>**USA v. In the Matter of Extradition of Jesus Aguirre Alvarado** | *Case filed:* 03/19/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - In the Matter of Extradition of Jesus Aguirre Alvarado | *Added:* 03/19/2008<br>*Closed:* 01/01/2009 | | *Presider:* Ronald M. Whyte |
| **5:08-xr-90142-RS**<br>**USA v. Bovino** | *Case filed:* 03/28/2008<br>*Case closed:* 03/28/2008 | | *Office:* San Jose |
| 1 - David Scott Bovino | *Added:* 03/28/2008<br>*Closed:* 03/28/2008 | | *Presider:* Richard Seeborg |
| **5:08-xr-90227-PVT**<br>**USA v. Songer** | *Case filed:* 05/19/2008<br>*Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - Sheila A. Songer | *Added:* 05/19/2008<br>*Closed:* 01/01/2009 | | *Presider:* Patricia V. Trumbull |
| **5:08-xr-90257-RMW** | *Case filed:* 06/05/2008 | | *Office:* San Jose |

| | | |
|---|---|---|
| **USA v. In the Matter of the Extradition of Jesus Felix Salazar** | *Case closed:* 01/01/2009 | |
| [1 - In the Matter of the Extradition of Jesus Felix Salazar](#) | *Added:* 06/05/2008 *Closed:* 01/01/2009 | *Presider:* Ronald M. Whyte |
| [5:08-xr-90300-RS](#) **USA v. Suarez** | *Case filed:* 06/24/2008 *Case closed:* 06/24/2008 | *Office:* San Jose |
| [1 - Jose Juan Juarez](#) | *Added:* 06/24/2008 *Closed:* 06/24/2008 | *Presider:* Richard Seeborg |
| [5:08-xr-90305-RS](#) **USA v. Quinn** | *Case filed:* 06/26/2008 *Case closed:* 06/26/2008 | *Office:* San Jose |
| [1 - Kenneth Quinn](#) | *Added:* 06/26/2008 *Closed:* 06/26/2008 | *Presider:* Richard Seeborg |
| [5:08-xr-90330-RS](#) **USA v. In the Matter of the Application of the US for an Order Authorizing the Use and Monitoring of a Mobile Tracking Device** | *Case filed:* 07/11/2008 *Case closed:* 01/01/2009 | *Office:* San Jose |
| [1 - In the Matter of the Application of the US for an Order Authorizing the Use and Monitoring of a Mobile Tracking Device](#) | *Added:* 07/11/2008 *Closed:* 01/01/2009 | *Presider:* Richard Seeborg |
| [5:08-xr-90331-RS](#) **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 07/11/2008 *Case closed:* 01/01/2009 | *Office:* San Jose |
| [1 - In Re Telephone Information Needed For a Criminal Investigation](#) | *Added:* 07/11/2008 *Closed:* 01/01/2009 | *Presider:* Richard Seeborg |
| [5:08-xr-90346-HRL](#) **USA v. Yu** | *Case filed:* 07/21/2008 *Case closed:* 01/01/2009 | *Office:* San Jose |
| [1 - Thuzar Tin Yu](#) | *Added:* 07/21/2008 *Closed:* 01/01/2009 | *Presider:* Howard R. Lloyd |
| [5:08-xr-90361-HRL](#) **USA v. In Re: Application of the US for Order Pursuant to 18:2703** | *Case filed:* 07/28/2008 *Case closed:* 01/01/2009 | *Office:* San Jose |
| [1 - In Re: Application of the US for Order Pursuant to 18:2703](#) | *Added:* 07/28/2008 *Closed:* 01/01/2009 | *Presider:* Howard R. Lloyd |
| [5:08-xr-90363-HRL](#) **USA v. In Re: Application of the US for Order Pursuant to 18:2703** | *Case filed:* 07/28/2008 *Case closed:* 01/01/2009 | *Office:* San Jose |
| [1 - In Re: Application of](#) | *Added:* 07/28/2008 | *Presider:* Howard R. Lloyd |

| | | | |
|---|---|---|---|
| the US for Order Pursuant to 18:2703 | *Closed:* 01/01/2009 | | |
| **5:08-xr-90364-HRL** **USA v. In Re: Application of the US for Order Pursuant to 18:2703** | *Case filed:* 07/28/2008 *Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - In Re: Application of the US for Order Pursuant to 18:2703 | *Added:* 07/28/2008 *Closed:* 01/01/2009 | | *Presider:* Howard R. Lloyd |
| **5:08-xr-90409-JW** **USA v. In the Matter of the Extradition of Pierre Antoine Bate** | *Case filed:* 08/14/2008 *Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - In the Matter of the Extradition of Pierre Antoine Bate | *Added:* 08/21/2008 *Closed:* 01/01/2009 | | *Presider:* James Ware |
| **5:08-xr-90424-PVT** **USA v. Castro** | *Case filed:* 08/22/2008 *Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - Kristy Michelle Castro | *Added:* 08/22/2008 *Closed:* 01/01/2009 | | *Presider:* Patricia V. Trumbull |
| **5:08-xr-90442-RMW** **USA v. Hannigan** | *Case filed:* 09/02/2008 *Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - James Hannigan | *Added:* 09/02/2008 *Closed:* 01/01/2009 | | *Presider:* Ronald M. Whyte |
| **5:08-xr-90542-PVT** **USA v. Halliday** | *Case filed:* 10/23/2008 *Case closed:* 01/01/2009 | | *Office:* San Jose |
| 1 - Steven R. Halliday | *Added:* 10/23/2008 *Closed:* 01/01/2009 | | *Presider:* Patricia V. Trumbull |
| **5:09-xr-90101-JW** **USA v. In the Matter of the Extradition of Jaswinder Singh Rana** | *Case filed:* 02/19/2009 *Case closed:* 01/01/2010 | | *Office:* San Jose |
| 1 - In the Matter of the Extradition of Jaswinder Singh Rana | *Added:* 02/19/2009 *Closed:* 01/01/2010 | | *Presider:* James Ware |
| **5:09-xr-90103-JW** **USA v. In Re Federal Criminal Investigation** | *Case filed:* 02/19/2009 *Case closed:* 01/01/2010 | | *Office:* San Jose |
| 1 - In Re Federal Criminal Investigation | *Added:* 02/19/2009 *Closed:* 01/01/2010 | | *Presider:* James Ware |
| **5:09-xr-90111-RS** **USA v. Rosenberg** | *Case filed:* 02/24/2009 *Case closed:* 02/24/2009 | | *Office:* San Jose |
| 1 - Jordan Rosenberg | *Added:* 02/24/2009 *Closed:* 02/24/2009 | | *Presider:* Richard Seeborg |
| **5:09-xr-90124-RS** **USA v. Fee** | *Case filed:* 03/02/2009 *Case closed:* 03/02/2009 | | *Office:* San Jose |
| 1 - Danielle L. Fee | *Added:* 03/02/2009 | | *Presider:* Richard Seeborg |

| | | | |
|---|---|---|---|
| | *Closed:* 03/02/2009 | | |
| **5:09-xr-90301-JF**<br>**USA v. In the Matter of the Extradition of Suri Premkumar** | *Case filed:* 05/11/2009<br>*Case closed:* 06/03/2009 | | *Office:* San Jose |
| 1 - In the Matter of the Extradition of Suri Premkumar | *Added:* 05/11/2009<br>*Closed:* 06/03/2009 | | *Presider:* Jeremy Fogel |
| **5:09-xr-90376-HRL**<br>**USA v. In Re: Application of the United States for Order Pursuant to 18:2703(d)** | *Case filed:* 06/11/2009<br>*Case closed:* 06/11/2009 | | *Office:* San Jose |
| 1 - In Re: Application of the United States for Order Pursuant to 18:2703(d) | *Added:* 06/11/2009<br>*Closed:* 06/11/2009 | | *Presider:* Howard R. Lloyd |
| **5:09-xr-90715-PVT**<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 10/20/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 10/20/2009<br>*Closed:* 01/01/2010 | | *Presider:* Patricia V. Trumbull |
| **5:09-xr-90723-PVT**<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 10/22/2009<br>*Case closed:* 01/01/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 10/22/2009<br>*Closed:* 01/01/2010 | | *Presider:* Patricia V. Trumbull |
| **5:09-xr-90799-JF**<br>**USA v. In the Matter of the Extradition of Juan Beltran Lopez** | *Case filed:* 11/24/2009<br>*Case closed:* 12/10/2009 | | *Office:* San Jose |
| 1 - In the Matter of the Extradition of Juan Beltran Lopez | *Added:* 11/24/2009<br>*Closed:* 12/10/2009 | | *Presider:* Jeremy Fogel<br>*Referral:* Richard Seeborg |
| **5:09-xr-90857-HRL**<br>**USA v. In the Matter of the Application for an Order Authorizing the Use of a Pole Camera Needed for a Criminal Investigation** | *Case filed:* 12/15/2009<br>*Case closed:* 12/15/2009 | | *Office:* San Jose |
| 1 - In the Matter of the Application for an Order Authorizing the Use of a Pole Camera Needed for a Criminal Investigation | *Added:* 12/15/2009<br>*Closed:* 12/15/2009 | | *Presider:* Howard R. Lloyd |
| **5:09-xr-90888-HRL** | *Case filed:* 12/30/2009 | | *Office:* San Jose |

| | | | |
|---|---|---|---|
| **USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case closed:* 12/30/2009 | | |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 12/30/2009 *Closed:* 12/30/2009 | | *Presider:* Howard R. Lloyd |
| 5:10-xr-90131-JW **USA v. In Re: Grand Jury Investigation** | *Case filed:* 02/23/2010 *Case closed:* 02/23/2010 | | *Office:* San Jose |
| 1 - In Re: Grand Jury Investigation | *Added:* 02/23/2010 *Closed:* 02/23/2010 | | *Presider:* James Ware |
| 5:10-xr-90180-PVT **USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 03/05/2010 *Case closed:* 03/05/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 03/05/2010 *Closed:* 03/05/2010 | | *Presider:* Patricia V. Trumbull |
| 5:10-xr-90387-HRL **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 05/04/2010 *Case closed:* 05/04/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 05/04/2010 *Closed:* 05/04/2010 | | *Presider:* Howard R. Lloyd |
| 5:10-xr-90430-JF **USA v. In the Matter of the Extradition of Dae Sung Lee** | *Case filed:* 05/19/2010 *Case closed:* 06/28/2010 | | *Office:* San Jose |
| 1 - In the Matter of the Extradition of Dae Sung Lee | *Added:* 05/19/2010 *Closed:* 06/28/2010 | | *Presider:* Jeremy Fogel |
| 5:10-xr-90468-PVT **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 06/03/2010 *Case closed:* 06/03/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 06/03/2010 *Closed:* 06/03/2010 | | *Presider:* Patricia V. Trumbull |
| 5:10-xr-90555-PVT **USA v. In the Matter of the Application of the United States for an Order Authorizing the Continued Use of Pole Camera needed for a Criminal Investigation** | *Case filed:* 07/02/2010 *Case closed:* 07/02/2010 | | *Office:* San Jose |
| 1 - In the Matter of the Application of the United States for an Order | *Added:* 07/02/2010 *Closed:* 07/02/2010 | | *Presider:* Patricia V. Trumbull |

| | | | |
|---|---|---|---|
| Authorizing the Continued Use of Pole Camera needed for a Criminal Investigation | | | |
| **5:10-xr-90556-PVT** **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 07/02/2010 *Case closed:* 07/02/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 07/02/2010 *Closed:* 07/02/2010 | | *Presider:* Patricia V. Trumbull |
| **5:10-xr-90664-HRL** **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 08/10/2010 *Case closed:* 08/10/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 08/10/2010 *Closed:* 08/10/2010 | | *Presider:* Howard R. Lloyd |
| **5:10-xr-90676-HRL** **USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 08/13/2010 *Case closed:* 08/13/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 08/13/2010 *Closed:* 08/13/2010 | | *Presider:* Howard R. Lloyd |
| **5:10-xr-90691-HRL** **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 08/20/2010 *Case closed:* 08/20/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 08/20/2010 *Closed:* 08/20/2010 | | *Presider:* Howard R. Lloyd |
| **5:10-xr-90701-HRL** **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 08/23/2010 *Case closed:* 08/23/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 08/23/2010 *Closed:* 08/23/2010 | | *Presider:* Howard R. Lloyd |
| **5:10-xr-90724-PVT** **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 09/01/2010 *Case closed:* 09/01/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 09/01/2010 *Closed:* 09/01/2010 | | *Presider:* Patricia V. Trumbull |
| **5:10-xr-90750-PVT** **USA v. In the Matter of the Application of the US for an Order Authorizing the** | *Case filed:* 09/10/2010 *Case closed:* 09/10/2010 | | *Office:* San Jose |

| | | | |
|---|---|---|---|
| **Use and Monitoring of a Mobile Tracking Device** | | | |
| [1 - In the Matter of the Application of the US for an Order Authorizing the Use and Monitoring of a Mobile Tracking Device](#) | *Added:* 09/10/2010 *Closed:* 09/10/2010 | | *Presider:* Patricia V. Trumbull |
| [5:10-xr-90836-HRL](#) **USA v. Disclosure of Taxpayer returns and return Information** | *Case filed:* 10/06/2010 *Case closed:* 10/06/2010 | | *Office:* San Jose |
| [1 - Disclosure of Taxpayer returns and return Information](#) | *Added:* 10/06/2010 *Closed:* 10/06/2010 | | *Presider:* Howard R. Lloyd |
| [5:10-xr-90874-HRL](#) **USA v. In the Matter of the Application for an Order Authorizing the Installation of Pole Cameras Needed for a Criminal Investigation** | *Case filed:* 10/18/2010 *Case closed:* 10/18/2010 | | *Office:* San Jose |
| [1 - In the Matter of the Application for an Order Authorizing the Installation of Pole Cameras Needed for a Criminal Investigation](#) | *Added:* 10/18/2010 *Closed:* 10/18/2010 | | *Presider:* Howard R. Lloyd |
| [5:10-xr-90884-HRL](#) **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 10/20/2010 *Case closed:* 10/20/2010 | | *Office:* San Jose |
| [1 - In Re Telephone Information Needed For a Criminal Investigation](#) | *Added:* 10/20/2010 *Closed:* 10/20/2010 | | *Presider:* Howard R. Lloyd |
| [5:10-xr-90925-PVT](#) **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 11/03/2010 | | *Office:* San Jose |
| [1 - In Re Telephone Information Needed For a Criminal Investigation](#) | *Added:* 11/03/2010 | 2260 | *Presider:* Patricia V. Trumbull |
| [5:10-xr-90996-PVT](#) **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 12/01/2010 *Case closed:* 12/01/2010 | | *Office:* San Jose |
| [1 - In Re Telephone Information Needed For a Criminal Investigation](#) | *Added:* 12/01/2010 *Closed:* 12/01/2010 | | *Presider:* Patricia V. Trumbull |
| [5:10-xr-91067-HRL](#) **USA v. In the Matter of the** | *Case filed:* 12/21/2010 *Case closed:* 12/21/2010 | | *Office:* San Jose |

| | | | |
|---|---|---|---|
| **Application of the USA for authorization to obtain Location data** | | | |
| 1 - In the Matter of the Application of the USA for authorization to obtain Location data | *Added:* 12/21/2010 *Closed:* 12/21/2010 | | *Presider:* Howard R. Lloyd |
| 5:10-xr-91068-HRL **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 12/21/2010 *Case closed:* 12/21/2010 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 12/21/2010 *Closed:* 12/21/2010 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90025-HRL **USA v. In the Matter of the Application of the United States for an Order Authorizing the Continue Installation of a Pole Camera Needed for a Criminal Investigation** | *Case filed:* 01/14/2011 *Case closed:* 01/14/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application of the United States for an Order Authorizing the Continue Installation of a Pole Camera Needed for a Criminal Investigation | *Added:* 01/14/2011 *Closed:* 01/14/2011 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90087-HRL **USA v. In the Matter of the Application for an Order Authorizing the Use of a Pole Camera Needed for a Criminal Investigation** | *Case filed:* 01/31/2011 *Case closed:* 01/31/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application for an Order Authorizing the Use of a Pole Camera Needed for a Criminal Investigation | *Added:* 01/31/2011 *Closed:* 01/31/2011 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90108-PSG **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 02/03/2011 *Case closed:* 02/03/2011 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 02/03/2011 *Closed:* 02/03/2011 | | *Presider:* Paul Singh Grewal |
| 5:11-xr-90169-PSG **USA v. In the Matter of the** | *Case filed:* 02/18/2011 *Case closed:* 02/18/2011 | | *Office:* San Jose |

| Application of the United States of America | | | |
|---|---|---|---|
| [1 - In the Matter of the Application of the United States of America](#) | *Added:* 02/18/2011<br>*Closed:* 02/18/2011 | | *Presider:* Paul Singh Grewal |
| **5:11-xr-90183-HRL**<br>**USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 02/24/2011<br>*Case closed:* 02/24/2011 | | *Office:* San Jose |
| [1 - In Re Telephone Information Needed For a Criminal Investigation](#) | *Added:* 02/24/2011<br>*Closed:* 02/24/2011 | | *Presider:* Howard R. Lloyd |
| **5:11-xr-90318-PSG**<br>**USA v. In the Matter of the Application** | *Case filed:* 04/12/2011<br>*Case closed:* 04/12/2011 | | *Office:* San Jose |
| [1 - in the Matter of the Application](#) | *Added:* 04/12/2011<br>*Closed:* 04/12/2011 | | *Presider:* Paul Singh Grewal |
| **5:11-xr-90332-JF**<br>**USA v. In Re: The Matter of United States Passport for Anil Kumar, Southern District of New York** | *Case filed:* 04/18/2011<br>*Case closed:* 12/22/2016 | | *Office:* San Jose |
| [1 - In Re: The Matter of United States Passport for Anil Kumar, Southern District of New York](#) | *Added:* 04/18/2011<br>*Closed:* 12/22/2016 | | *Presider:* Jeremy Fogel<br>*Referral:* Howard R. Lloyd |
| **5:11-xr-90367-PSG**<br>**USA v. In the Matter of the Application of the United States** | *Case filed:* 04/28/2011<br>*Case closed:* 04/28/2011 | | *Office:* San Jose |
| [1 - In the Matter of the Application of the United States](#) | *Added:* 04/28/2011<br>*Closed:* 04/28/2011 | | *Presider:* Paul Singh Grewal |
| **5:11-xr-90406-HRL**<br>**USA v. In the Matter of the Application of the United States of America for Authorization to Obtain Location Date Concerning the Cellular Telephone** | *Case filed:* 05/13/2011<br>*Case closed:* 05/13/2011 | | *Office:* San Jose |
| [1 - In the Matter of the Application of the United States of America for Authorization to Obtain Location Date Concerning the Cellular Telephone](#) | *Added:* 05/13/2011<br>*Closed:* 05/13/2011 | | *Presider:* Howard R. Lloyd |
| **5:11-xr-90409-HRL**<br>**USA v. In the Matter of the Application of the United** | *Case filed:* 05/16/2011<br>*Case closed:* 05/16/2011 | | *Office:* San Jose |

| States for Authorization to Obtain Location Data | | | |
|---|---|---|---|
| 1 - In the Matter of the Application of the United States for Authorization to Obtain Location Data | *Added:* 05/16/2011 *Closed:* 05/16/2011 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90415-HRL **USA v. In the Matter of the Tax Indebtedness of: K&S Machine Mfg Inc.** | *Case filed:* 05/18/2011 *Case closed:* 05/18/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Tax Indebtedness of: K&S Machine Mfg Inc. | *Added:* 05/18/2011 *Closed:* 05/18/2011 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90469-HRL **USA v. In Re Telephone Information Needed For a Criminal Investigation** | *Case filed:* 05/31/2011 *Case closed:* 05/31/2011 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed For a Criminal Investigation | *Added:* 05/31/2011 *Closed:* 05/31/2011 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90551-PSG **USA v. In the Matter of the Application** | *Case filed:* 06/27/2011 *Case closed:* 06/27/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application | *Added:* 06/27/2011 *Closed:* 06/27/2011 | | *Presider:* Paul Singh Grewal |
| 5:11-xr-90552-PSG **USA v. In the Matter of the Application of the US** | *Case filed:* 06/27/2011 *Case closed:* 06/27/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application of the US | *Added:* 06/27/2011 *Closed:* 06/27/2011 | | *Presider:* Paul Singh Grewal |
| 5:11-xr-90589-PSG **USA v. In the Matter of the Application for an Order Authorizing the Installation of Pole Cameras Needed for a Criminal Investigation** | *Case filed:* 07/11/2011 *Case closed:* 07/11/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application for an Order Authorizing the Installation of Pole Cameras Needed for a Criminal Investigation | *Added:* 07/11/2011 *Closed:* 07/11/2011 | | *Presider:* Paul Singh Grewal |
| 5:11-xr-90618-HRL **USA v. In the Matter of the Application of the United States for Authorization to Obtain Location Data** | *Case filed:* 07/22/2011 *Case closed:* 07/22/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application of the United | *Added:* 07/22/2011 *Closed:* 07/22/2011 | | *Presider:* Howard R. Lloyd |

| | | | |
|---|---|---|---|
| States for Authorization to Obtain Location Data | | | |
| 5:11-xr-90628-HRL<br>**USA v. In Re Telephone Information Needed for a Criminal Investigation** | *Case filed:* 07/26/2011<br>*Case closed:* 07/26/2011 | | *Office:* San Jose |
| 1 - In Re Telephone Information Needed for a Criminal Investigation | *Added:* 07/26/2011<br>*Closed:* 07/26/2011 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90637-HRL<br>**USA v. In the Matter of the Application for an Order Authorizing the Use of a Pole Camera Needed for a Criminal Investigation** | *Case filed:* 07/27/2011<br>*Case closed:* 07/27/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application for an Order Authorizing the Use of a Pole Camera Needed for a Criminal Investigation | *Added:* 07/27/2011<br>*Closed:* 07/27/2011 | | *Presider:* Howard R. Lloyd |
| 5:11-xr-90680-PSG<br>**USA v. In the Matter of Application** | *Case filed:* 08/09/2011<br>*Case closed:* 08/09/2011 | | *Office:* San Jose |
| 1 - In the Matter of Application | *Added:* 08/09/2011<br>*Closed:* 08/09/2011 | | *Presider:* Paul Singh Grewal |
| 5:11-xr-90694-PSG<br>**USA v. In the Matter of the Application of the United States of America for the Authorization to Obtain Location Data** | *Case filed:* 08/17/2011<br>*Case closed:* 08/17/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application of the United States of America for the Authorization to Obtain Location Data | *Added:* 08/17/2011<br>*Closed:* 08/17/2011 | | *Presider:* Paul Singh Grewal |
| 5:11-xr-90696-PSG<br>**USA v. In the Matter of the Application of the USA for authorization to obtain Location data** | *Case filed:* 08/17/2011<br>*Case closed:* 08/17/2011 | | *Office:* San Jose |
| 1 - In the Matter of the Application of the USA for authorization to obtain Location data | *Added:* 08/17/2011<br>*Closed:* 08/17/2011 | | *Presider:* Paul Singh Grewal |
| 5:11-xr-90715-PSG<br>**USA v. In the Matter of the Application of the USA for authorization to obtain Location data** | *Case filed:* 08/24/2011<br>*Case closed:* 08/24/2011 | | *Office:* San Jose |

| | | |
|---|---|---|
| [1 - In the Matter of the Application of the USA for authorization to obtain Location data](#) | *Added:* 08/24/2011<br>*Closed:* 08/24/2011 | *Presider:* Paul Singh Grewal |
| [5:11-xr-90719-PSG](#)<br>**USA v. In the Matter of the Application of the USA for authorization to obtain Location data** | *Case filed:* 08/26/2011<br>*Case closed:* 08/26/2011 | *Office:* San Jose |
| [1 - In the Matter of the Application of the USA for authorization to obtain Location data](#) | *Added:* 08/26/2011<br>*Closed:* 08/26/2011 | *Presider:* Paul Singh Grewal |
| [5:11-xr-90835-PSG](#)<br>**USA v. In Re: Disclosure of Tax Returns and Return Information** | *Case filed:* 10/11/2011<br>*Case closed:* 10/11/2011 | *Office:* San Jose |
| [1 - In Re: Disclosure of Tax Returns and Return Information](#) | *Added:* 10/11/2011<br>*Closed:* 10/11/2011 | *Presider:* Paul Singh Grewal |
| [5:11-xr-90847-PSG](#)<br>**USA v. In the Matter of the Application of the United States for Authorization to Obtain Location Data** | *Case filed:* 10/14/2011<br>*Case closed:* 10/14/2011 | *Office:* San Jose |
| [1 - In the Matter of the Application of the United States for Authorization to Obtain Location Data](#) | *Added:* 10/14/2011<br>*Closed:* 10/14/2011 | *Presider:* Paul Singh Grewal |
| [5:11-xr-90992-HRL](#)<br>**USA v. In the Matter of the Application of the United States of America** | *Case filed:* 11/28/2011<br>*Case closed:* 11/28/2011 | *Office:* San Jose |
| [1 - In the Matter of the Application of the United States of America](#) | *Added:* 11/28/2011<br>*Closed:* 11/28/2011 | *Presider:* Howard R. Lloyd |
| 6-90001<br>**Sealed v. Sealed** | | |
| Defendant *SEALED* | | |
| 6-90002<br>**Sealed v. Sealed** | | |
| Defendant *SEALED* | | |
| 6-90003<br>**Sealed v. Sealed** | | |
| Defendant *SEALED* | | |
| 6-90004<br>**Sealed v. Sealed** | | |
| Defendant *SEALED* | | |

| Sealed v. Sealed | | | |
|---|---|---|---|
|     Defendant *SEALED* | | | |
| 11-91052<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 11-91053<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 11-91054<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 11-91055<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 11-91056<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 11-91057<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 11-91058<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 11-91059<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 12-90011<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |
| 12-90623<br>**Sealed v. Sealed** | | | |
|     Defendant *SEALED* | | | |

**Total Number of Cases Reported:** 4614

## Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case type(s)** | xr |
| **Citation** | All |
| **Pending counts** | Yes |
| **Disposed counts** | Yes |
| **CVB Cases** | No |
| **Filed Date** | 1/1/2006 - 12/31/2011 |

| Case flags | All |
|---|---|
| **Terminal digits** | All |
| **Pending defendants** | Yes |
| **Terminated defendants** | Yes |
| **Fugitive defendants** | No |
| **Non-fugitive defendants** | Yes |
| **Sort by** | case number |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/10/2017 13:36:49 | | | |
| **PACER Login:** | stanfordciscrypto:3331561:0 | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 1/1/2006 Filed To: 12/31/2011 |
| **Billable Pages:** | 127 | **Cost:** | 12.70 |