# EXHIBIT B

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:08-xr-90361-HRL-1

Case title: USA v. In Re: Application of the US for Order Pursuant to 18:2703

Date Filed: 07/28/2008
Date Terminated: 01/01/2009

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2008 | 1 | Ex Parte Application by USA as to In Re: Application of the US for Order Pursuant to 18:2703. (cfeS, COURT STAFF) (Filed on 7/28/2008) (cfeS, COURT STAFF). (Entered: 07/29/2008) |
| 07/28/2008 | 2 | ORDER granting 1 Ex Parte Application as to In Re: Application of the US for Order Pursuant to 18:2703 (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 7/25/08. (cfeS, COURT STAFF) (cfeS, COURT STAFF). (Entered: 07/29/2008) |
| 09/09/2008 | 3 | Ex Parte Application Motion to Delay Notification, Nunc Pro Tunc Pursuant to 18:2705by USA as to In Re: Application of the US for Order Pursuant to 18:2703. (cfeS, COURT STAFF) (Filed on 9/9/2008) (cfeS, COURT STAFF). (Entered: 09/10/2008) |
| 09/09/2008 | 4 | ORDER granting 3 Ex Parte Application as to In Re: Application of the US for Order Pursuant to 18:2703 (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 9/8/08. (cfeS, COURT STAFF) (cfeS, COURT STAFF). (Entered: 09/10/2008) |
| 11/03/2008 | 5 | Ex Parte Application to Delay Notification, Nunc Pro Tunc Pursuant to 18:2705by USA as to In Re: Application of the US for Order Pursuant to 18:2703. (cfeS, COURT STAFF) (Filed on 11/3/2008) (cfeS, COURT STAFF). (Entered: 11/04/2008) |
| 11/03/2008 | 6 | ORDER granting 5 Ex Parte Application as to In Re: Application of the US for Order Pursuant to 18:2703 (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 10/31/08. (cfeS, COURT STAFF) (cfeS, COURT STAFF). (Entered: 11/04/2008) |
| 01/28/2009 | 7 | Ex Parte Application by USA as to In Re: Application of the US for Order Pursuant to 18:2703. (cfeS, COURT STAFF) (Filed on 1/28/2009) (cfeS, COURT STAFF). (Entered: 01/28/2009) |
| 01/28/2009 | 8 | ORDER granting 7 Ex Parte Application as to In Re: Application of the US for Order Pursuant to 18:2703 (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 1/27/09. (cfeS, COURT STAFF) (cfeS, COURT STAFF). (Entered: 01/28/2009) |
| 04/22/2009 | 9 | Ex Parte Application to Delay Notification, Nunc Pro Tunc Pursuant to 18:2705 by USA as to In Re: Application of the US for Order Pursuant to 18:2703. (cfeS, COURT STAFF) (Filed on 4/22/2009) (cfeS, COURT STAFF). (Entered: 04/23/2009) |
| 04/22/2009 | 10 | ORDER granting 9 Ex Parte Application as to In Re: Application of the US for Order Pursuant to 18:2703 (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 4/21/09. (cfeS, COURT STAFF) (cfeS, COURT STAFF). (Entered: 04/23/2009) |
| 07/27/2009 | 11 | Motion to Unseal Applications and Orders by USA as to In Re: Application of the US for Order Pursuant to 18:2703. (cfeS, COURT STAFF) (Filed on 7/27/2009) (Entered: 07/27/2009) |
| 07/27/2009 | 12 | ORDER granting 11 Motion to Unseal Applications and Orders as to In Re: Application of |

| | |
|---|---|
| | the US for Order Pursuant to 18:2703 (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 7/24/09. (cfeS, COURT STAFF) (Entered: 07/27/2009) |
| 07/27/2009 | CASE DESIGNATED for Electronic Filing. (cfeS, COURT STAFF) (Filed on 7/27/2009) (Entered: 07/27/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/08/2017 14:40:35 | | | |
| **PACER Login:** | stanfordciscrypto:3331561:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:08-xr-90361-HRL |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |