# EXHIBIT C

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:11-xr-90242-JCS-1

Case title: USA v. In Re Telephone Information Needed for a Criminal Investigation

Date Filed: 03/16/2011

Assigned to: Magistrate Judge Joseph C. Spero

**Defendant (1)**

**In Re Telephone Information Needed for a Criminal Investigation**

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**   represented by   **Christine Wong**
United States Attorney's Office
Northern District of California, San Francisco Division
450 Golden Gate Ave.
9th Floor
San Francisco, CA 94102
(415) 436-7301
Fax: (415) 436-6753
Email: christine.wong@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 03/16/2011 | 1 | APPLICATION by USA (rhwS, ) (Filed on 3/16/2011) (mjj2S, COURT STAFF). (Entered: 03/17/2011) |
| 03/16/2011 | 2 | ORDER re 1 Application (rhwS, ) (Filed on 3/16/2011) (mjj2S, COURT STAFF). (Entered: 03/17/2011) |
| 05/13/2011 | 3 | APPLICATION by USA (rhwS, ) (Filed on 5/13/2011) (mjj2S, COURT STAFF). (Entered: 05/16/2011) |
| 05/13/2011 | 4 | ORDER re 3 Application (rhwS, ) (Filed on 5/13/2011) (mjj2S, COURT STAFF). (Entered: 05/16/2011) |
| 01/25/2013 | 5 | Sealed Document as to In Re Telephone Information Needed for a Criminal Investigation (mjj2S, COURT STAFF) (Filed on 1/25/2013) (Entered: 01/30/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/10/2017 13:15:46 | | | |
| **PACER Login:** | stanfordciscrypto:3331561:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-xr-90242-JCS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |