# EXHIBIT D

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:10-xr-91067-HRL-1

Case title: USA v. In the Matter of the Application of the USA for authorization to obtain Location data

Date Filed: 12/21/2010
Date Terminated: 12/21/2010

Assigned to: Magistrate Judge Howard R. Lloyd

### Defendant (1)

**In the Matter of the Application of the USA for authorization to obtain Location data**
*TERMINATED: 12/21/2010*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

**USA**     represented by **John Norman Glang**
US Attorneys Office
NDCA, San Jose Branch
150 Almaden Blvd., Suite 900
San Jose, CA 95113
408-535-5084
Fax: 408-535-5066
Email: John.Glang@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2010 | 1 | MOTION to Seal Case by USA as to In the Matter of the Application of the USA for authorization to obtain Location data. (cfeS, COURT STAFF) (Filed on 12/21/2010) (Entered: 12/22/2010) |
| 12/21/2010 | 2 | APPLICATION and Affidavit of DEA Task Force Officer Joshua Singleton as to In the Matter of the Application of the USA for authorization to obtain Location data (cfeS, COURT STAFF) (Filed on 12/21/2010) (Entered: 12/22/2010) |
| 12/21/2010 | 3 | ORDER granting 1 Application as to In the Matter of the Application of the USA for authorization to obtain Location data (1). Signed by Judge Magistrate Judge Timothy Bommer on 12/21/2010. (cfeS, COURT STAFF) (Entered: 12/22/2010) |
| 01/27/2011 | 4 | Return and Certification of Service by USA as to In the Matter of the Application of the USA for authorization to obtain Location data (cfeS, COURT STAFF) (Filed on 1/27/2011) (Entered: 01/27/2011) |
| 04/08/2011 | 5 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the USA for authorization to obtain Location data (cfeS, COURT STAFF) (Filed on 4/8/2011) (Entered: 04/11/2011) |
| 04/08/2011 | 6 | ORDER GRANTING APPLICATION FOR EXTENSION OF DELAYED NOTIFICATION as to In the Matter of the Application of the USA for authorization to obtain Location data re 5 Application. Signed by Judge Magistrate Judge Paul Singh Grewal on 4/7/2011. (cfeS, COURT STAFF) (Filed on 4/8/2011) (Entered: 04/11/2011) |
| 07/11/2011 | 7 | APPLICATION for Second Extension of Delayed Notification as to In the Matter of the Application of the USA for authorization to obtain Location data (cfeS, COURT STAFF) (Filed on 7/11/2011) (Entered: 07/12/2011) |
| 07/11/2011 | 8 | ORDER GRANTING APPLICATION FOR SECOND EXTENSION OF DELAYED NOTIFICATION as to In the Matter of the Application of the USA for authorization to obtain Location data re 7 Application. Signed by Judge Magistrate Judge Paul Singh Grewal on 7/8/2011. (cfeS, COURT STAFF) (Filed on 7/11/2011) (Entered: 07/12/2011) |
| 09/20/2011 | 9 | ORDER OF THE COURT UNSEALING APPLICATIONS AND ORDERS as to In the Matter of the Application of the USA for authorization to obtain Location data. Signed by Judge Magistrate Judge Howard R. Lloyd on 9/19/2011. (cfeS, COURT STAFF) (Filed on 9/20/2011) (Entered: 09/21/2011) |
| 09/20/2011 | | CASE DESIGNATED for Electronic Filing. (cfeS, COURT STAFF) (Filed on 9/20/2011) (Entered: 09/21/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/08/2017 14:47:18 | | | |
| **PACER Login:** | stanfordciscrypto:3331561:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:10-xr-91067-HRL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |