# EXHIBIT E

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:11-xr-90409-HRL-1

| | |
|---|---|
| Case title: USA v. In the Matter of the Application of the United States for Authorization to Obtain Location Data | Date Filed: 05/16/2011<br>Date Terminated: 05/16/2011 |

Assigned to: Magistrate Judge Howard R. Lloyd

**Defendant (1)**

**In the Matter of the Application of the United States for Authorization to Obtain Location Data**
*TERMINATED: 05/16/2011*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **John Norman Glang**<br>US Attorneys Office<br>NDCA, San Jose Branch<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>408-535-5084<br>Fax: 408-535-5066<br>Email: John.Glang@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2011 | 1 | APPLICATION and Affidavit of DEA Special Agent Trang N. Le as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 5/16/2011) (Entered: 05/16/2011) |
| 05/16/2011 | 2 | ORDER GRANTING APPLICATION as to In the Matter of the Application of the United States for Authorization to Obtain Location Data re 1 Application. Signed by Judge Magistrate Judge Howard R. Lloyd on 5/16/2011. (cfeS, COURT STAFF) (Filed on 5/16/2011) (Entered: 05/16/2011) |
| 06/22/2011 | 3 | Tracking Warrant Returned Executed on 6/22/2011 as to In the Matter of the Application of the United States for Authorization to Obtain Location Data. (cfeS, COURT STAFF) (Filed on 6/22/2011) (Entered: 06/22/2011) |
| 07/14/2011 | 4 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 7/14/2011) (Entered: 07/18/2011) |
| 07/14/2011 | 5 | ORDER GRANTING APPLICATION FOR EXTENSION OF DELAYED NOTIFICATION as to In the Matter of the Application of the United States for Authorization to Obtain Location Data re 4 Application. Signed by Judge Magistrate Judge Howard R. Lloyd on 7/13/2011. (cfeS, COURT STAFF) (Filed on 7/14/2011) (Entered: 07/18/2011) |
| 10/11/2011 | 6 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/11/2011 | 7 | ORDER GRANTING APPLICATION OF DELAYED NOTIFICATION 6 as to In the Matter of the Application of the United States for Authorization to Obtain Location Data re. Signed by Judge Magistrate Judge Paul Singh Grewal on 10/11/2011. (cfeS, COURT STAFF) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 01/10/2012 | 8 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 1/10/2012) (Entered: 01/10/2012) |
| 01/10/2012 | 9 | ORDER GRANTING APPLICATION FOR EXTENSION OF DELAYED NOTIFICATION re 8 Application as to In the Matter of the Application of the United States for Authorization to Obtain Location Data. Signed by Judge Magistrate Judge Paul Singh Grewal on 1/6/2012. (cfeS, COURT STAFF) (Filed on 1/10/2012) (Entered: 01/10/2012) |
| 04/04/2012 | 10 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 4/4/2012) (Entered: 04/04/2012) |
| 04/04/2012 | 11 | ORDER GRANTING as to In the Matter of the Application of the United States for Authorization to Obtain Location Data re 10 Application. Signed by Judge Magistrate Judge Howard R. Lloyd on 4/3/2012. (cfeS, COURT STAFF) (Filed on 4/4/2012) (Entered: 04/04/2012) |
| 07/02/2012 | 12 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 7/2/2012) (Entered: 07/03/2012) |
| 07/02/2012 | 13 | ORDER granting 12 Application for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data. Signed |

| | | |
|---|---|---|
| | | by Judge Magistrate Judge Howard R. Lloyd on 6/29/12. (cfeS, COURT STAFF) (Filed on 7/2/2012) (Entered: 07/03/2012) |
| 09/27/2012 | 14 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 9/27/2012) (Entered: 09/28/2012) |
| 09/27/2012 | 15 | ORDER GRANTING 14 Application for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data. Signed by Judge Magistrate Judge Paul Singh Grewal on 9/26/12. (cfeS, COURT STAFF) (Filed on 9/27/2012) (Entered: 09/28/2012) |
| 03/19/2013 | 16 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 3/19/2013) (Entered: 03/19/2013) |
| 03/19/2013 | 17 | ORDER GRANTING 16 APPLICATION FOR EXTENSION OF DELAYED NOTIFICATION as to In the Matter of the Application of the United States for Authorization to Obtain Location Data.. Signed by Judge Magistrate Judge Howard R. Lloyd on 3/19/13. (cfeS, COURT STAFF) (Filed on 3/19/2013) (Entered: 03/19/2013) |
| 06/14/2013 | 18 | APPLICATION for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data (cfeS, COURT STAFF) (Filed on 6/14/2013) (Entered: 06/17/2013) |
| 06/14/2013 | 19 | **ORDER Granting 18 Application for Extension of Delayed Notification as to In the Matter of the Application of the United States for Authorization to Obtain Location Data. Signed by Judge Magistrate Judge Paul Singh Grewal on 6/14/2013. (cfeS, COURT STAFF) (Filed on 6/14/2013) (Entered: 06/17/2013)** |
| 09/11/2013 | 20 | **Order of the Court Unsealing Applications and Orders as to In the Matter of the Application of the United States for Authorization to Obtain Location Data. Signed by Judge Magistrate Judge Howard R. Lloyd on 9/11/2013. (cfeS, COURT STAFF) (Filed on 9/11/2013) (Entered: 09/12/2013)** |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/10/2017 13:28:59 | | | |
| **PACER Login:** | stanfordciscrypto:3331561:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:11-xr-90409-HRL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |