JENNIFER STISA GRANICK (SBN 168423)
jennifer@law.stanford.edu
RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-8675
Facsimile: (650) 725-4086

*Pro Se* Petitioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE:** <br> **PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN TO UNSEAL TECHNICAL-ASSISTANCE ORDERS AND MATERIALS** | MISC. CASE NO.: 16-mc-80206-KAW <br><br> **DECLARATION OF JENNIFER STISA GRANICK IN SUPPORT OF PETITIONERS' RESPONSE TO UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PETITION AND CONTINUANCE OF HEARING DATE** |

I, Jennifer Stisa Granick, declare as follows:

1. I am an attorney licensed to practice law before this Court. I am the Director of Civil Liberties at the Center for Internet and Society at Stanford Law School ("CIS"), and am one of the *pro se* Petitioners in the above-captioned matter. The following facts are true to the best of my knowledge and belief and, if called and sworn as a witness, I could and would testify competently to them.

2. On January 11, 2017, I called Assistant United States Attorney Kirstin Ault to inform her, on behalf of the government, that we would be filing a Motion To Unseal Docket Sheets And Publicly Docket Court Records the following day. We then filed the Motion.

3. This Court set a briefing schedule for that Motion in accordance with local rules. The government then asked Petitioners to agree to an extension of two weeks, for a total of four weeks, to respond to our Motion. That request, if granted, would force the currently scheduled court date of February 16, 2017 to change.

4. I am unavailable on the Court's next available motions hearing date, March 2, 2017. I will be in Washington, D.C.

5. I am also unavailable on the following motions hearing date, March 16, 2017. I will be on an airplane traveling to Detroit, MI.

6. After February 16, the next Court motions hearing date that I am available for is April 6, 2017. April 6, 2017 is approximately six months after the Petition was filed.

7. For these reasons, Petitioners prefer to keep the February 16th court date. Petitioners offered to agree with the government to extend its time for briefing one week, with the government's opposition due February 3, 2017, and Petitioners' reply due February 10, 2017. This schedule would enable the Court to hear this matter on February 16, 2017 as originally scheduled.

8. The government filed its Motion to Extend Time on January 20, 2017. In it the government asks to move the hearing date to March 17 [sic], 2017. On information and belief, the government attorneys were unaware at the time of filing their motion that I am not available

1  that date.

2     9.    On January 23, 2017, Petitioners spoke by telephone to government attorneys
3  Kirstin Ault and Laura-Kate Bernstein. I asked them both if they would be available for an April
4  6, 2017 court date and they confirmed that they were.

6     I declare under penalty of perjury of the laws of the United States that the foregoing is
7  true and correct. Executed at Palo Alto, California on January 23, 2017.

                        /s/
                  Jennifer Stisa Granick