1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6940
7     Fax: (415) 436-7234
      Kirstin.Ault@usdoj.gov
8
   LAURA-KATE BERNSTEIN (Maryland Bar)
9  Trial Attorney

10    Computer Crime & Intellectual Property Section
      U.S. Department of Justice
11    1301 New York Ave. NW, Suite 600
      Washington, D.C. 20005
12    Telephone: (202) 514-0485
      Email: laura-kate.bernstein@usdoj.gov
13

14 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENNIFER GRANICK AND RIANA PFEFFERKORN, | Case No. 16 MC-80206 KAW |
| Petitioners, | NOTICE OF APPEARANCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

NOTICE OF APPEARANCE
Case No. 16 MC-80206 KAW

1  Please take notice that effective immediately, Trial Attorney Laura-Kate Bernstein will be
2  representing the United States as co-counsel in the above-captioned case.  Please include Ms. Bernstein
3  in all future correspondence, pleadings, and notices.

4  Dated:  February 13, 2017					Respectfully Submitted,

5								BRIAN J. STRETCH
								United States Attorney
6
7									/s/
								_____
8								LAURA-KATE BERNSTEIN
								Trial Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE
Case No. 16 MC-80206 KAW          2