```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  KIRSTIN M. AULT (CABN 206052)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-6940
 7       Facsimile:  (415) 436-7234
         E-Mail: Kirstin.ault@usdoj.gov
 8
    LAURA-KATE BERNSTEIN (Maryland Bar)
 9  Trial Attorney

10       Computer Crime & Intellectual Property Section
         U.S. Department of Justice
11       1301 New York Ave. NW, Suite 600
         Washington, D.C. 20005
12       Telephone: (202) 514-0485
         Email: laura-kate.bernstein@usdoj.gov
13
    Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE: PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN** | CASE NO. CV 16-80206 MISC. KAW<br><br>**UNITED STATES MOTION TO SEAL *EX PARTE* DECLARATION OF AUSA AULT IN SUPPORT OF OBJECTIONS TO MOTION TO UNSEAL DOCKET SHEETS AND PUBLICLY DOCKET COURT RECORDS AND [PROPOSED] ORDER** |

The United States hereby moves for an order permitting it to file *ex parte* and under seal the Declaration of AUSA Ault in Support of Objections to Motion to Unseal Docket Sheets and Publicly Docket Court Records ("Ault Declaration") and exhibits thereto until further order of the Court. The Ault Declaration discusses numerous under seal filings and the circumstances under which unsealing those filings would cause harm to on-going investigations, place cooperating witnesses in danger, and

1 otherwise harm the legitimate interests of the United States in enforcing federal criminal law.  The
2 exhibits to the declaration are numerous under seal filings provided as examples to demonstrate the
3 harm that would be caused by granting Petitioners' request to unseal docket sheets and criminal
4 investigatory documents.  These exhibit remain under seal for the reasons discussed in the Ault
5 Declaration.  The United States' Objection to Petitioners' Motion provide a general discussion of these
6 interests, but the specific examples provided in the Ault Declaration and its exhibits remain confidential
7 and cannot be disclosed to Petitioners or publicly filed for the reasons discussed in the Ault Declaration.
8 Therefore, the United States respectfully requests that the Ault Declaration and its exhibits be filed ex
9 parte and under seal.

DATED: February 10, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

KIRSTIN M. AULT
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Declaration of AUSA Ault in Support of Objections to Motion to Unseal Docket Sheets and Publicly Docket Court Records ("Ault Declaration") and exhibits thereto may be filed ex parte and shall be sealed until further order of the Court.

DATED: _____                        _____
                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge