UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN

Case No. 16-mc-80206-KAW

**ORDER REQUIRING SUPPLEMENTAL BRIEFING**

Re: Dkt. No. 8

On September 28, 2016, Petitioners Jennifer Granick and Riana Pfefferkorn filed the instant "Petition to Unseal Technical-Assistance Orders and Materials." (Dkt. No. 1.) On January 12, 2017, Petitioners filed a motion to unseal docket sheets and publicly docket court records, which is currently set for hearing on May 4, 2017. (Dkt. No. 8.)

In preparation for the motion hearing, the Court requires supplemental briefing on the following questions:

1. Why is this case being brought as a miscellaneous case?

2. What is the legal vehicle by which Petitioners are asking for this relief (*i.e.*, writ of mandate, injunctive relief)? Is a petition the proper vehicle by which to seek that relief?

3. From whom is the petition seeking relief (*i.e.*, the district court of the Northern District of California, the Administrative Office of the U.S. Courts, the United States)? Shouldn't that party be named as a defendant in this case and given the opportunity to defend against Petitioners' request for relief?

4. Can the Court grant the relief sought when docketing and ECF policies are not decided by the individual district courts? Should relief of this magnitude have to be pursued

1. through the Administrative Office of the U.S. Courts?
2. 5. What authority exists that will permit one judge to overturn the individual determinations made by other judges to seal particular documents?
3. 6. If this is not properly a miscellaneous case, why should the Court not dismiss the case and require that it be re-filed as a civil case against the party from whom the Petitioners are seeking relief?

Plaintiffs' briefing on these issues, not to exceed ten pages, is due by **April 21, 2017**. The United States may file a response, not to exceed ten pages, by **April 28, 2017**. No reply may be filed.

IT IS SO ORDERED.

Dated: April 17, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2