BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    hartley.west@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN | No. 16-mc-80206 KAW<br><br>NOTICE OF ADDITION OF COUNSEL |

The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court to add AUSA Hartley M. K. West to the list of persons to be noticed. Future ECF notices should also be sent to AUSA West at the email address of hartley.west@usdoj.gov .

DATED: April 18, 2017                        Respectfully submitted,

                                                    BRIAN J. STRETCH
                                                    United States Attorney

                                                    /s/
                                                   HARTLEY M. K. WEST
                                                   Assistant United States Attorney

NOTICE OF ADDITION OF COUNSEL
16-mc-80206 KAW