UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Time in Court:** 40 minutes

**Judge:** Kandis A. Westmore

**Date**: May 4, 2017

**Case No.:** 16-mc-80206 KAW

**Case Title**: In re: Petition of Jennifer Granick and Riana Pfefferkorn

**Appearances:**

    For Plaintiff(s):  Jennifer Granick, Riana Pfefferkorn

    For Defendant(s): Hartley West, Laura Kate Bernstein

**Deputy Clerk**: Susan Imbriani      **FTR**: 11:54-12:34

### PROCEEDINGS

1. Motion to Unseal Document - Doc. 8

    MOTION/MATTER:  ( X ) Taken under submission

### SUMMARY

    Arguments heard, matter submitted.  Court to issue order.