JENNIFER STISA GRANICK (SBN 168423)
jennifer@law.stanford.edu
RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-8675
Facsimile: (650) 725-4086

*Pro Se* Petitioners

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE:** <br> **PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN TO UNSEAL TECHNICAL-ASSISTANCE ORDERS AND MATERIALS** | MISC. CASE NO.: 16-mc-80206-KAW <br><br> **PETITIONERS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL NOTICE REGARDING MOTION TO UNSEAL DOCKET SHEETS AND PUBLICLY DOCKET COURT RECORDS** |

On January 12, 2017, Petitioners filed a Motion to Unseal Docket Sheets and Publicly Docket Court Records (the "Motion"). Docket Item ("D.I.") 8. The Court held a hearing on the Motion on May 4, 2017. D.I. 29. Pursuant to Civ. L.R. 7-3(d) and 7-11, Petitioners hereby move for leave to file the attached proposed Supplemental Notice regarding the Motion. This Administrative Motion also attaches the Declaration of Riana Pfefferkorn and a Proposed Order.

The proposed Supplemental Notice attaches court records from *In the Matter of the Application of Jason Leopold to Unseal Certain Electronic Surveillance Applications and Orders*, No. 13-mc-00712 (D.D.C. filed Jul. 16, 2013) (hereinafter *Leopold*). The proposed Supplemental Notice attaches copies of five court orders and two joint status reports reflecting recent developments in the *Leopold* case. The proceedings in *Leopold* were discussed during the May 4 hearing.[1] Following the hearing, as the Court considers whether and how to grant Petitioners' Motion, Petitioners believe it may aid the Court to have readily available primary-source documents from *Leopold*, of which the Court can take judicial notice. Fed. R. Evid. 201(b)(2); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

Petitioners notified Assistant United States Attorney Laura-Kate Bernstein that Petitioners would be moving to file the proposed Supplemental Notice, via email on May 19 and 22, 2017. Ms. Bernstein responded on May 22, 2017 that the United States would oppose the instant Administrative Motion. *See* attached Declaration of Riana Pfefferkorn ¶¶ 2-4.

For the reasons stated above, Petitioners respectfully request that the Court grant approval to Petitioners to file the attached proposed Supplemental Notice and its exhibits.

Respectfully submitted,

Dated: May 22, 2017

/s/
RIANA PFEFFERKORN (SBN 266817)
JENNIFER STISA GRANICK (SBN 168423)

*Pro Se*

---

[1] Petitioners are filing this motion at the present time because they understand that the Court was unavailable during the two weeks following the May 4 hearing.