BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-Mail: Kyle.Waldinger@usdoj.gov

LAURA-KATE BERNSTEIN (Maryland Bar)
Trial Attorney

    Computer Crime & Intellectual Property Section
    U.S. Department of Justice
    1301 New York Ave. NW, Suite 600
    Washington, D.C. 20005
    Telephone: (202) 514-0485
    Email: laura-kate.bernstein@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE: PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN** | CASE NO. 16-MC-80206 MISC. KAW<br><br>UNITED STATES' OPPOSITION TO PETITIONERS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL NOTICE REGARDING MOTION TO UNSEAL DOCKET SHEETS AND PUBLICLY DOCKET COURT RECORDS |

The United States, by and through its attorney, the United States Attorney for the Northern District of California, respectfully opposes Petitioners' Administrative Motion for Leave to File Supplemental Notice.

Petitioners moved to unseal and publicly docket certain court records on January 12, 2017. The United States responded in opposition on February 10, 2017, and Petitioners filed a reply on February 22, 2017. On April 17, 2017 this Court ordered the Petitioners in this matter to provide supplemental briefing, and the United States was given the opportunity to respond. The Court ordered that no reply would be filed. Dkt. No. 25. On May 4, 2017, this Court heard arguments, and the matter was submitted for the Court's consideration. Dkt. No. 29.

On May 23, 2017, Petitioners' filed the instant administrative motion seeking leave to file a supplemental notice, attaching a selection of court records from <u>In the Matter of the Application of Jason Leopold to Unseal Certain Electronic Surveillance Applications and Orders</u>, Case No. 1:13-mc-00712 (D.D.C. filed Jul. 16, 2013) (hereinafter <u>Leopold</u>). The United States opposes this request for at least two reasons.

First, the materials Petitioners now wish to submit predate the hearing in this case. These materials are not new. The Local Rules contemplate supplementary filing in limited circumstances. Pursuant to Civil L.R. 7-3(d), "[b]efore the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion – without argument." Applying these principles to Petitioners' Administrative Motion for Leave in the instant matter, Petitioners' motion is both untimely, as arguments have already been heard and the case submitted, and improper, as the cited documents predate the hearing in this case.

Second, Petitioners' motion is superfluous. Both Petitioners and the United States extensively cited <u>Leopold</u> in the briefing already before this Court. <u>See, e.g.</u>, Dkt. No. 27 at 1–2, 4; Dkt. No. 28 at 2–3. The <u>Leopold</u> litigation was also discussed during the May 4 hearing. In short, the <u>Leopold</u> docket has already been submitted for the Court.

/ / /

/ / /

UNITED STATES' OPPOSITION
NO. 16-MC-80206 MISC. KAW                     1

## **CONCLUSION**

For the reasons stated herein, the United States respectfully requests that Petitioners' Administrative Motion for Leave to File Supplemental Notice be denied.

DATED: May 23, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
KYLE F. WALDINGER
Assistant United States Attorney

LAURA-KATE BERNSTEIN
Trial Attorney
Department of Justice