UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN | Case No. 16-mc-80206-KAW<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court SETS a status conference for November 29, 2017 at 2:00 p.m. in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, CA 94612, to discuss future steps in the case. The Clerk of the Court will be also be in attendance. The Court requests the attendance of the United States at the status conference.

IT IS SO ORDERED.

Dated: September 13, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge