JENNIFER STISA GRANICK (SBN 168423)
jennifer@law.stanford.edu
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0758

RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 736-8675
Facsimile:   (650) 725-4086

*Pro Se* Petitioners

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE:**<br>**PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN TO UNSEAL TECHNICAL-ASSISTANCE ORDERS AND MATERIALS** | MISC. CASE NO.: 16-mc-80206-KAW<br><br>DECLARATION OF JENNIFER S. GRANICK IN SUPPORT OF ADMINISTRATIVE MOTION TO SUPPLEMENT JOINT STATUS REPORT PURSUANT TO CIVIL LOCAL RULE 7-11 |

I, JENNIFER STISA GRANICK, hereby declare:

1. I am one of the Petitioners in this matter.

2. This Petition arises from Petitioners' efforts to unseal certain surveillance materials filed in this District, and to ensure that future surveillance applications and orders are managed in a more publicly transparent way.

3. Pursuant to the Court's Order dated June 23, 2017 (Docket Item ["D.I."] 36), Petitioners Jennifer Granick and Riana Pfefferkorn and Interested Party United States of America submitted a Joint Status Report on August 22, 2017 (D.I. 38). A status conference in this matter is set for December 7, 2017 at 11:00 AM.

4. Since that filing, Petitioners have identified two documents relevant to the Department of Justice's position on secrecy in relation to surveillance matters. Those documents are attached to this Motion as Exhibits A and B.

5. On November 2, 2017, I notified government representatives Assistant United States Attorneys Laura-Kate Bernstein and Kyle Waldinger by email that Petitioners would be moving to add Exhibits A and B to this Administrative Motion to the Joint Status Report, D.I. 38.

6. Mr. Waldinger responded by email on November 7, 2017 that the government had no objection to our placing these materials before the Court. However, he said, the government would not stipulate to this Motion and does not agree with all of our language describing the materials.

7. For this reason, I was unable to obtain a formal stipulation.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on November 8, 2017.

Dated: November 8, 2017                    /s/
                                           JENNIFER STISA GRANICK

1
DECLARATION OF JENNIFER S. GRANICK IN SUPPORT OF ADMINISTRATIVE MOTION
MISC. CASE NO. 16-MC-80206-KAW