UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN

Case No. 16-mc-80206-KAW

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS; CONTINUING STATUS CONFERENCE**

Re: Dkt. No. 44

On November 8, 2017, Petitioners Jennifer Granick and Riana Pfefferkorn filed an administrative motion to supplement a joint status report with two additional documents. (Dkt. No. 44.) Petitioners stated that they had contacted the Government for a stipulation to adding the two documents; while the Government had no objection to the two additional documents, they would not stipulate to the motion nor did they agree with the language used by Petitioners to describe the materials. (*Id.* at 3.) The Government did not file an opposition. Because the Government does not oppose the two documents, the Court GRANTS Petitioners' motion.[1]

Additionally, the Court requires more time to review the new documents and to prepare for the status conference. Accordingly, the status conference currently set for December 7, 2017 is continued to March 13, 2018 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 22, 2017

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] In the future, the Court expects the parties to be able to stipulate to such matters when there are no substantive objections.