1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6830
7         Facsimile: (415) 436-7234
          E-mail: Kyle.Waldinger@usdoj.gov
8
   LAURA-KATE BERNSTEIN (Maryland Bar)
9  Trial Attorney

10 LOUISA K. MARION (DCBN 1005062; CABN 275270 (*inactive*))
   Senior Counsel
11
          Computer Crime & Intellectual Property Section
12        U.S. Department of Justice
          1301 New York Ave. NW, Suite 600
13        Washington, D.C. 20005
          Telephone: (202) 514-0485
14        Email: laura-kate.bernstein@usdoj.gov
15
   Attorneys for United States of America
16

17                          UNITED STATES DISTRICT COURT

18                         NORTHERN DISTRICT OF CALIFORNIA

19                                  OAKLAND DIVISION

20 IN RE: PETITION OF JENNIFER GRANICK  )   No. 16-MC-80206 MISC. KAW
   AND RIANA PFEFFERKORN                )
21                                      )
                                        )   **NOTICE OF APPEARANCE**
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25 ─────────────────────────────────────)

26
          NOTICE IS HEREBY GIVEN that Senior Counsel LOUISA K. MARION has now been
27
   assigned to this matter, along with Assistant United States Attorney Kyle F. Waldinger and Trial
28

NOTICE OF APPEARANCE
16-mc-80206 MISC. KAW

1  Attorney Laura-Kate Bernstein.  Please serve all future pleadings and filings on Ms. Marion at 1301
2  New York Avenue N.W., Suite 600, Washington, D.C. 20530, email address: louisa.marion@usdoj.gov.

DATED:  March 7, 2018                                          ALEX G. TSE
                                                                              Acting United States Attorney

                                                                                            /s/

                                                                              LOUISA K. MARION
                                                                              Senior Counsel