UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN

Case No. 16-mc-80206-KAW

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; TERMINATING BRIEFING SCHEDULE AND VACATING STATUS CONFERENCE**

Re: Dkt. No. 53

On May 1, 2018, the Court issued an order setting a briefing schedule and continuing the May 3, 2018 status conference to August 16, 2018. (Dkt. No. 52.) On May 15, 2018, Petitioners Jennifer Granick and Riana Pfefferkorn filed a motion for leave to file a motion for reconsideration of the May 1, 2018 order, on two grounds. (Pets.' Mot., Dkt. No. 53.) First, Petitioners stated that the Northern District's Criminal Rules and Procedures Committee planned to create a subcommittee, with Petitioners' participation, to consider prospective reform. (*Id.* at 2.) Second, Petitioners asserted that they had already briefed the issues that the Court requested. (*Id.*)

The Court DENIES Petitioners' motion for leave to file a motion for reconsideration. The Court will, however, TERMINATE the briefing schedule set forth in the May 1, 2018 order, and VACATE the August 16, 2018 status conference. Instead, the Court will likely issue a report and recommendation and order that the case be reassigned to a randomly selected district judge.

///

///

///

///

///

Petitioners are not entitled to a district judge of their choosing, and the Chief Judge would not be able to grant relief that other district judges could not.  (*See* General Ord. No. 44 ¶ D.2.)

IT IS SO ORDERED.

Dated: June 1, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge