JENNIFER STISA GRANICK (SBN 168423)
jgranick@aclu.org
c/o American Civil Liberties Union
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0758

RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 736-8675
Facsimile:  (650) 725-4086

*Pro Se* Petitioners

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE:**<br>**PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN TO UNSEAL TECHNICAL-ASSISTANCE ORDERS AND MATERIALS** | MISC. CASE NO.: 16-mc-80206-KAW<br><br>[PROPOSED]<br>**ORDER GRANTING PETITIONERS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE** |

1  The Court has reviewed Petitioners' Administrative Motion for Leave to File Notice.
2  Having reviewed the Administrative Motion, the declaration attached thereto, the proposed
3  Notice and its exhibits, and good cause appearing, Petitioners' Administrative Motion is hereby
4  GRANTED. Petitioners shall file the Notice and its exhibits within five court days of the date of
5  this Order.

7  SO ORDERED.

9  Dated: __10/15_____, 2018         _____/s/ Kandis Westmore_____
10                                     HONORABLE KANDIS A. WESTMORE
                                       UNITED STATES MAGISTRATE JUDGE