JENNIFER STISA GRANICK (SBN 168423)
jgranick@aclu.org
c/o American Civil Liberties Union
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0758

RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 736-8675
Facsimile:   (650) 725-4086

*Pro Se* Petitioners

ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
Email: kyle.waldinger@usdoj.gov

LAURA-KATE BERNSTEIN (Maryland
Bar) Trial Attorney

LOUISA K. MARION (DCBN 1005062)
Senior Counsel
Computer Crime & Intellectual Property
Section
U.S. Department of Justice
1301 New York Ave. NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 514-1026
Email: laura-kate.bernstein@usdoj.gov
Email: louisa.marion@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE:<br>**PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN TO UNSEAL TECHNICAL-ASSISTANCE ORDERS AND MATERIALS** | MISC. CASE NO.: 16-mc-80206-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Petitioners Jennifer Granick and Riana Pfefferkorn and interested party the United States Attorney's Office for the Northern District of California hereby stipulate pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 to a Court order granting an extension of time to file objections to Magistrate Judge Kandis A. Westmore's December 18, 2018 Report and Recommendation to Deny Petition. This Stipulation is based on the Declaration of Jennifer S. Granick filed herewith. A Proposed Order granting the stipulated extension of time is attached below.

**RELEVANT PROCEDURAL HISTORY**

On September 28, 2016, Petitioners Jennifer Granick and Riana Pfefferkorn filed a petition to unseal technical assistance orders and materials, including all applications, motions, opposition briefs, orders, and/or warrants filed under the Wiretap Act, the Stored Communications Act, the Pen Register Act, and/or the All Writs Act. (Petition at 1, Dkt. No. 1.) On December 18, 2018, Magistrate Judge Westmore issued a Report and Recommendation to deny the petition. (Dkt. No. 58.) In addition, she ordered the matter transferred to Your Honor, Chief Judge Hamilton. (Dkt. No. 59.)

**ARGUMENT**

All interested parties must file any objections to the report and recommendation with this Court within fourteen days of service. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Civil L.R. 72-3. Failure to file objections within the specified time may waive the right to appeal the district court's order. *IEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-5568-EDL, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011). The current deadline to file objections is January 2, 2019.

The winter holidays are quickly approaching. Previously scheduled vacations, family trips, and office closures mean there are very few working days between now and January 2 for Petitioners and government attorneys to draft and file any objections. *See* Declaration of Jennifer S. Granick in Support of Stipulation Requesting Extension of Time to File Objections to Magistrate's Report and Recommendation, ¶5. Because there has been only one previous time modification of a filing deadline in this case (Dkt. No. 14), and because the requested time

modification would not affect the schedule for this case, we respectfully request that this Court extend the time to file objections to January 16, 2019.

Respectfully submitted,

Dated: December 20, 2018

/s/ *Jennifer Stisa Granick*
JENNIFER STISA GRANICK (SBN 168423)
RIANA PFEFFERKORN (SBN 266817)

*Pro Se* Petitioners

Dated: December 20, 2018

/s/ *Kyle Waldinger*
KYLE WALDINGER (SBN 298752)

Attorney for Interested Party United States of America

**[PROPOSED] ORDER**

The deadline to file objections to Magistrate Judge Westmore's Report and Recommendation in this matter shall be extended to January 16, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2018

HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE