UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN

Case No. 16-mc-80206-PJH

**ORDER VACATING STATUS DATE AND SETTING MOTION HEARING**

In view of the parties' jointly proposed dates, a hearing on petitioners' objections to the report and recommendation of the magistrate judge, and motion for de novo determination of the petition to unseal technical assistance orders and materials, is hereby set for **May 8, 2019, at 9:00 a.m., in Courtroom 3, 3rd Floor, Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, California.** Because the petition presents a miscellaneous matter that does not trigger case management or initial disclosure obligations on the parties, and because the parties have not identified scheduling or complex issues that would require management by the court at this juncture, the court determines that a status conference is not warranted before the government files its response to the pending motion for de novo determination. Accordingly, the status set for March 20, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 13, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge