UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: May 8, 2019 (Time: 54 minutes)**          **JUDGE:  Phyllis J. Hamilton**

**Case No:** 16-mc-80206-PJH
**Case Name: In re Petition of Jennifer Granick and Riana Pfefferkorn**

**Attorney(s) for Petitioner:**     Jennifer Granick (Pro Se); Riana Pfefferkorn (Pro Se)
**Attorney(s) for Government:** Kyle Waldinger; Laura Kate Bernstein; Louisa Marion

**Deputy Clerk: Kelly Collins**          **Court Reporter: Pamela Batalo Hebel**

### PROCEEDINGS

Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge - Hearing Held.  The Court takes the matter under submission.

**Order to be prepared by:   [] Pl [] Def [X] Court**

**Notes:**

**cc: chambers**