UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PETITION OF JENNIFER GRANICK AND RIANA PFEFFERKORN TO UNSEAL TECHNICAL-ASSISTANCE ORDERS AND MATERIALS.

Case No. 16-mc-80206-PJH

**JUDGMENT**

The court having entered a ruling today denying the petition, judgment is hereby entered against petitioners. Petitioners shall obtain no relief by way of the petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 20, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge